# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>OBERDORFER, LOUIS F | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SNR STAT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>ROOM 2309, U.S. COURTHOUSE<br>3RD & CONSTITUTION, NW<br>WASHINGTON, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. TRUSTEE | TRUST #2 |
| 3. TRUSTEE | TRUSTS #8-11 |
| 4. TRUSTEE | TRUST U/A 6/24/94 FBO ██████ TRUST #12 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE (Foundation for Research on Economics and the Environment) | AUGUST 12-16 | BOZEMAN, MT | EDUCATION | CONFERENCE REGISTRATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | WILMER HALE | MEMENTOS COMMEMORATING PORTRAIT UNVEILING | $ 26,673 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. L.F. OBERDORFER AGENCY ACCT | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. -- IBM | B | Dividend | M | T | | | | | |
| 4. -- JOHNSON & JOHNSON | B | Dividend | M | T | | | | | |
| 5. -- BP AMOCO PLC | D | Dividend | M | T | | | | | |
| 6. -- CHEVRONTEXACO CORP | C | Dividend | M | T | | | | | |
| 7. -- GENERAL ELECTRIC | C | Dividend | L | T | | | | | |
| 8. -- DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 9. -- HUBBELL INC | B | Dividend | K | T | | | | | |
| 10. -- GENERAL MILLS | B | Dividend | L | T | | | | | |
| 11. -- SPRINT NEXTEL CORP | | None | | | Sold | 11/7 | J | C | |
| 12. -- CATERPILLAR | A | Dividend | K | T | | | | | |
| 13. -- ARCHSTONE SMITH TR | A | Dividend | | | Sold | 10/9 | L | E | |
| 14. -- EQUITY RESIDENTIAL PPTYS | D | Dividend | M | T | | | | | |
| 15. -- LINCOLN NATIONAL | A | Dividend | K | T | | | | | |
| 16. -- NORTHROP CORP | A | Dividend | K | T | | | | | |
| 17. -- XCEL ENERGY INC | C | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- SOUTHERN CO | | None | J | T | Buy | 11/7 | J | | |
| 19. | | | | | | | | | |
| 20. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 21. -- COLUMBIA ACORN TRUST | E | Dividend | N | T | | | | | |
| 22. -- NEUBERGER BERMAN GUARDIAN | D | Dividend | L | T | | | | | |
| 23. -- SCUDDER INTERNATIONAL | | None | | | Name Change | | | | To DWS International Fund |
| 24. -- DWS INTERNATIONAL FUND | A | Dividend | L | T | | | | | |
| 25. -- VANGUARD WINDSOR FUND | E | Dividend | M | T | | | | | |
| 26. -- LEGG MASON PARTNERS FDS | C | Dividend | L | T | | | | | |
| 27. -- BLACKROCK MM FUNDS | C | Dividend | | | Name Change | | | | To SEI Daily Income Trust |
| 28. -- SEI DAILY INCOME TRUST | D | Dividend | O | T | | | | | |
| 29. -- FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |
| 30. -- US T NTS 3.375% 1/15/07 | A | Interest | | | Mature | 1/15 | L | C | |
| 31. -- US T NTS 4.375% 1/31/08 | B | Interest | L | T | Buy | 2/1 | K | | |
| 32. -- US T NTS 4.25% 9/30/12 | | None | M | T | Buy | 10/3 | M | | |
| 33. -- SELECT SECTOR SPDR FUND - UTILITIES | C | Dividend | M | T | | | | | |
| 34. -- FED FARM CREDIT 3/% 12/17/07 | D | Interest | | | Mature | 12/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- FED HOME LOAN BANK 4.250% 5/16/08 | C | Interest | L | T | | | | | |
| 36. -- FED HOME LOAN BANK 4.040% 4/25/07 | B | Interest | | | Mature | 4/25 | K | | |
| 37. -- FED HOME LOAN BANK 4.250% 9/14/07 | C | Interest | | | Mature | 9/14 | L | | |
| 38. -- FED HOME LOAN BANK 4.125% 4/12/07 | A | Interest | | | Call | 3/23 | K | A | |
| 39. | | | | | | | | | |
| 40. MUNICIPAL BONDS | | | | | | | | | |
| 41. -- VA BEACH 5.4% 7/15/09 | B | Interest | K | T | | | | | |
| 42. -- VA COLLEGE BLDG AUTH 5.0% 8/1/10 | B | Interest | | | Sold | 7/5 | K | A | |
| 43. -- RICHMOND VA 4.0% 7/15/11 | B | Interest | L | T | | | | | |
| 44. -- LYNCHBURG VA 3.5% 6/1/10 | B | Interest | L | T | | | | | |
| 45. -- LOUDOUN CNTY VAR% 2/15/38 | B | Interest | K | T | | | | | |
| 46. -- LOUDOUN CNTY VA 5.0% 1/1/10 | B | Interest | M | T | | | | | |
| 47. -- PORTSMOUTH VA 4.125% 7/1/12 | B | Interest | M | T | | | | | |
| 48. -- VIRGINIA ST PUB SCH AUTH 4.0% 8/1/09 | C | Interest | M | T | | | | | |
| 49. -- ████HOUSE OWNED ████ | | None | K | S | | | | | SEE PART VIII |
| 50. -- ████HOUSE & LOTS ████ | | None | K | S | | | | | |
| 51. -- *PROPERTY OWNED ████ INCOME & VALUE FBO LFO=1/2 VALUE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.  -- PNC BANK CHECKING | A | Interest | M | T | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #1 AGGREGATE SEE NOTE PART VIII | E | Int./Div. | O | T | | | | | |
| 70. COMMON STOCKS | | | | | | | | | |
| 71. -- UNION PACIFIC CORP. | | | | | | | | | |
| 72. -- JOHNSON & JOHNSON | | | | | | | | | |
| 73. -- ANADARKO PETE | | | | | | | | | |
| 74. -- AMGEN | | | | | | | | | |
| 75. -- CHEVRONTEXACO CORP | | | | | | | | | |
| 76. -- GENERAL ELECTRIC | | | | | | | | | |
| 77. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 78. -- SPRINT NEXTEL CORP | | | | | Sold | 11/7 | J | D | |
| 79. -- AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 80. -- BROADRIDGE FINL SOL | | | | | Spinoff | 4/2 | | | From ADP |
| 81. -- BROADRIDGE FINL SOL | | | | | Sold | 6/27 | J | A | |
| 82. -- XCEL ENERGY, INC. | | | | | | | | | |
| 83. -- NORTHROP CORP | | | | | | | | | |
| 84. -- VERIZON COMM | | | | | | | | | |
| 85. -- IDEARC INC | | | | | Sold | 6/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- AT&T | | | | | | | | | |
| 87. -- SOUTHERN CO | | | | | Buy | 11/7 | J | | |
| 88. | | | | | | | | | |
| 89. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 90. -- COLUMBIA ACORN TRUST | | | | | | | | | |
| 91. -- NEUBERGER BERMAN GUARDIAN | | | | | | | | | |
| 92. -- BLACKROCK MM FUNDS | | | | | Name Change | | | | To SEI Daily Income Trust |
| 93. -- SEI DAILY INCOME TRUST | | | | | | | | | |
| 94. -- SCUDDER INTERNATIONAL FUND | | | | | Name Change | | | | To DWS International |
| 95. -- DWS INTERNATIONAL | | | | | | | | | |
| 96. -- VANGUARD WINDSOR FUND | | | | | | | | | |
| 97. -- US T NTS 4.375% 5 /15/07 | | | | | Mature | 5/15 | L | | |
| 98. -- US T NTS 4.375% 12/31/07 | | | | | Mature | 12/7 | K | | |
| 99. -- SELECT SECTOR SPDR FUND - UTILITIES | | | | | | | | | |
| 100. -- US T NTS 4.25% 11/15/13 | | | | | | | | | |
| 101. -- VANGUARD INDEX TR 500 | | | | | | | | | |
| 102. -- VANGUARD TOTAL INTL STOCK INDEX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- VANGUARD UTILITIES INDEX | | | | | | | | | |
| 104.  -- VANGUARD GROWTH & INCOME FUND | | | | | | | | | |
| 105.  -- VANGUARD INDEX TRUST VALUE PORTFOLIO | | | | | | | | | |
| 106.  -- ISHARES MSCI INDEX FUND | | | | | | | | | |
| 107.  -- FED HOME LOAN BANK 4.250% 5/16/08 | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. MUNICIPAL BONDS | | | | | | | | | |
| 110.  -- FAIRFAX CNTY VA REDEV  4.1% 6/1/08 | | | | | | | | | |
| 111.  -- FAIRFAX CNTY VA REDEV  4.25% 6/1/10 | | | | | | | | | |
| 112.  -- FAIRFAX CNTY VA 3.25% 6/1/10 | | | | | | | | | |
| 113.  -- RICHMOND VA 4.0% 7/15/11 | | | | | | | | | |
| 114.  -- SPOTSYLVANIA 4.25% 1/15/13 | | | | | Buy | 7/6 | L | | |
| 115.  -- NEWPORT NEWS 5.0% 6/1/12 | | | | | Buy | 7/5 | L | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ▮▮OBERDORFER AGENCY ACCT | | | | | | | | | |
| 121. COMMON STOCKS | | | | | | | | | |
| 122. -- REGIONS FINANCIAL | D | Dividend | M | T | | | | | ' |
| 123. -- COCA COLA CO | E | Dividend | P1 | T | | | | | |
| 124. -- J P MORGAN CHASE | E | Dividend | O | T | | | | | |
| 125. -- IBM | D | Dividend | O | T | | | | | |
| 126. -- WACHOVIA CORP | E | Dividend | O | T | | | | | |
| 127. -- SUNTRUST BANKS | D | Dividend | M | T | | | | | |
| 128. -- TORCHMARK CORP | D | Dividend | P1 | T | Part Sale | 6/27 | M | G | |
| 129. -- WADDELL & REED | D | Dividend | O | T | | | | | |
| 130. -- BP AMOCO PLC | D | Dividend | N | T | | | | | |
| 131. -- MEDCO | | None | L | T | | | | | |
| 132. -- AMGEN | | None | N | T | | | | | |
| 133. -- CHEVRONTEXACO CORP | D | Dividend | M | T | | | | | |
| 134. -- GENERAL ELECTRIC | D | Dividend | N | T | | | | | |
| 135. -- DOW CHEMICAL CO | C | Dividend | M | T | | | | | |
| 136. -- GENERAL MILLS | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -- CATERPILLAR INC. | B | Dividend | M | T | | | | | |
| 138.  -- LINCOLN NATIONAL | C | Dividend | M | T | | | | | |
| 139.  -- XCEL ENERGY INC | D | Dividend | N | T | | | | | |
| 140.  -- EQUITY RESIDENTIAL PPTYS | D | Dividend | M | T | | | | | |
| 141.  -- NEWMONT MNG CORP | A | Dividend | L | T | | | | | |
| 142. | | | | | | | | | |
| 143.  MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 144.  -- COLUMBIA ACORN TRUST | F | Dividend | P1 | T | Part Sale | 7/9 | M | E | |
| 145.  -- SCUDDER INTERNATIONAL | | None | | | Name Change | | | | To DWS International |
| 146.  -- DWS INTERNATIONAL | C | Dividend | N | T | | | | | |
| 147.  -- VANGUARD WINDSOR FUND | E | Dividend | M | T | | | | | |
| 148.  -- BLACKROCK MM FUNDS | D | Dividend | | | Name Change | | | | To SEI Daily Income Trust |
| 149.  -- SEI DAILY INCOME TRUST | D | Dividend | O | T | | | | | |
| 150.  -- SELECT SECTOR SPDR FUND -UTILITIES | D | Dividend | M | T | | | | | |
| 151.  -- FED FARM CREDIT 3.0% 12/17/07 | B | Interest | | | Mature | 12/17 | K | | |
| 152.  -- US T NTS 4.375% 12/31/07 | D | Interest | | | Mature | 12/31 | N | | |
| 153.  -- VANGUARD INDEX TR 500 | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- FED HOME LOAN BANK 4.125% 4/12/07 | A | Interest | | | Sale | 3/23 | K | A | |
| 155. -- FED HOME LOAN BANK 4.250% 5/16/08 | D | Interest | M | T | | | | | |
| 156. -- FED HOME LOAN BANK 4.250% 9/14/07 | D | Interest | | | Mature | 9/14 | M | | |
| 157. -- FED HOME LOAN BANK 4.040% 4/25/07 | B | Interest | | | Sale | 4/2 | L | | |
| 158. | | | | | | | | | |
| 159. MUNICIPAL BONDS | | | | | | | | | |
| 160. -- VA BEACH 5.4% 7/15/09 | C | Interest | L | T | | | | | |
| 161. -- VA COLLEGE BLDG AUTH 5.0% 8/1/10 | C | Interest | | | Sale | 7/5 | L | A | |
| 162. -- FAIRFAX CNTY 4.25% 6/1/09 | B | Interest | K | T | Part Call | 6/1 | K | | |
| 163. -- LYNCHBURG VA 3.5% 6/1/10 | C | Interest | M | T | | | | | |
| 164. -- RICHMOND VA 4.0% 7/15/11 | C | Interest | M | T | | | | | |
| 165. -- LOUDOUN CNTY VAR % 2/15/38 | B | Interest | K | T | | | | | |
| 166. -- PORTSMOUTH VA 4.125% 7/1/12 | B | Interest | M | T | | | | | |
| 167. -- WINCHESTER VA 4.0% 12/1/14 | D | Interest | M | T | | | | | |
| 168. CHARLOTTESVILLE 4.0% 9/15/12 | C | Interest | M | T | Buy | 1/19 | M | | |
| 169. | | | | | | | | | |
| 170. MUTUAL FUNDS/T NOTES | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- US T NTS 4.375% 5/15/07 | A | Interest | | | Mature | 5/15/ | K | | |
| 172. -- US T NTS 5.0% 7/31/08 | | None | | | Buy | 6/28 | N | | |
| 173. -- US T NTS 5.0% 7/31/08 | B | Interest | N | T | Part Sale | 7/2 | M | | |
| 174. -- US T NTS 4.25% 9/30/12 | | None | M | T | Buy | 10/3 | M | | |
| 175. -- FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |
| 176. | | | | | | | | | |
| 177. SAVINGS ACCOUNTS | | | | | | | | | |
| 178. -- BB&T BANK | A | Interest | K | T | | | | | |
| 179. -- PNC BANK | A | Interest | J | T | | | | | |
| 180. | | | | | | | | | |
| 181. -- REAL ESTATE-SEE PART VIII FOR ASSESSMENT DATA | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. -- ▓▓▓▓▓ HOUSE & LOTS | | None | K | S | | | | | |
| 184. *PROPERTY OWNED ▓▓▓-INCOME & VALUE FBO ▓1/2 VALUE | | | | | | | | | |
| 185. -- 1/6 INT A&L WEIL FARM | A | Interest | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. TRUST # 2 AGGREGATE SEE NOTE PART VIII | E | Int./Div. | M | T | | | | | |
| 189. COMMON STOCKS | | | | | | | | | |
| 190. -- WACHOVIA CORP NEW | | | | | | | | | |
| 191. -- GENERAL ELECTRIC | | | | | | | | | |
| 192. -- AMERICAN INTL GROUP | | | | | | | | | |
| 193. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 194. -- CISCO SYS INC. | | | | | | | | | |
| 195. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 1/10 | J | B | |
| 196. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 7/5 | J | B | |
| 197. -- GOLDMAN SACHS GROUP | | | | | Sold | 8/1 | J | B | |
| 198. -- INTEL CORP | | | | | Part Sale | 7/5 | J | | |
| 199. -- INTEL CORP | | | | | Sold | 11/28 | J | A | |
| 200. -- MICROSOFT CORP | | | | | Sold | 1/24 | J | A | |
| 201. -- WALMART STORES INC | | | | | Buy | 1/10 | J | | |
| 202. -- WALMART STORES INC | | | | | Buy | 2/13 | J | | |
| 203. -- WALMART STORES INC | | | | | Buy | 6/8 | J | | |
| 204. -- MOTOROLA INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- MONSANTO CO NEW | | | | | Part Sale | 1/22 | J | D | |
| 206. -- MONSANTO CO NEW | | | | | Part Sale | 9/21 | J | B | |
| 207. -- PG&E CORP | | | | | | | | | |
| 208. -- MCDONALDS CORP | | | | | Part Sale | 8/2 | J | B | |
| 209. -- PEPSICO INC | | | | | | | | | |
| 210. -- ALLEGHENY TECHNOLOGIES | | | | | Part Sale | 1/9 | J | A | |
| 211. -- ALLEGHENY TECHNOLOGIES | | | | | Buy | 11/28 | J | | |
| 212. -- ASSOCIATED BANC CORP | | | | | Part Sale | 3/13 | J | | |
| 213. -- ASSOCIATED BANC CORP | | | | | Sold | 4/17 | J | | |
| 214. -- AVERY DENNISON CORP | | | | | Part Sale | 6/18 | J | | |
| 215. -- AVERY DENNISON CORP | | | | | Sold | 10/16 | J | | |
| 216. -- BARD C R INC | | | | | Sold | 6/29 | J | | |
| 217. -- BRINKER INTL INC | | | | | Part Sale | 3/12 | J | | |
| 218. -- BRINKER INTL INC | | | | | Buy | 9/27 | J | | |
| 219. -- COMMUNITY HEALTH SYS | | | | | Sold | 3/16 | J | | |
| 220. -- FEDERATED DEPT STORES | | | | | Part Sale | 4/5 | J | A | |
| 221. -- FEDERATED DEPT STORES | | | | | Name Change | | | | To Macy's Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- MACY'S INC | | | | | Sold | 8/22 | J | | |
| 223. -- UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 224. -- PRINCIPAL FINL GROUP | | | | | Part Sale | 10/11 | J | A | |
| 225. -- PRINCIPAL FINL GROUP | | | | | Part Sale | 11/28 | J | A | |
| 226. -- PRINCIPAL FINL GROUP | | | | | Sold | 12/10 | J | A | |
| 227. -- GALLAGHER ARTHUR | | | | | Sold | 1/17 | J | | |
| 228. -- JOY GLOBAL INC | | | | | Sold | 1/11 | J | A | |
| 229. -- LAMAR ADVERTISING CO | | | | | Part Sale | 1/26 | J | A | |
| 230. -- LAMAR ADVERTISING CO | | | | | Buy | 9/26 | J | | |
| 231. -- MANPOWER INC | | | | | Sold | 2/5 | J | A | |
| 232. -- MICROCHIP TECHNOLOGY | | | | | Part Sale | 5/17 | J | | |
| 233. -- NOBLE ENERGY | | | | | Part Sale | 4/5 | J | | |
| 234. -- NOBLE ENERGY | | | | | Part Sale | 11/14 | J | | |
| 235. -- NOBLE ENERGY | | | | | Sold | 11/16 | J | A | |
| 236. -- PACTIV CORP | | | | | Sold | 1/11 | J | A | |
| 237. -- PROTECTIVE LIFE CORP | | | | | Part Sale | 1/26 | J | | |
| 238. -- PROTECTIVE LIFE CORP | | | | | Buy | 10/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- SEI INVTS CO | | | | | | | | | |
| 240. -- CELGENE CORP | | | | | Part Sale | 6/6 | J | | |
| 241. -- COGNOS INC | | | | | Part Sale | 10/12 | J | | |
| 242. -- COGNOS INC | | | | | Sold | 10/25 | J | | |
| 243. -- DOLLAR TREE STORES | | | | | Part Sale | 8/30 | J | | |
| 244. -- THERMO FISHER SCIENTIFIC | | | | | | | | | |
| 245. -- FEDERATED INVS INC | | | | | Part Sale | 5/7 | J | | |
| 246. -- FEDERATED INVS INC | | | | | Part Sale | 9/27 | J | | |
| 247. -- SOUTH FINL GROUP | | | | | Buy | 6/18 | J | | |
| 248. -- SOUTH FINL GROUP | | | | | Sold | 12/26 | J | | |
| 249. -- THOMAS & BETTS CORP | | | | | Part Sale | 1/12 | J | | |
| 250. -- THOMAS & BETTS CORP | | | | | Sold | 1/26 | J | | |
| 251. -- TIFFANY & CO | | | | | Part Sale | 5/22 | J | | |
| 252. -- TIFFANY & CO | | | | | Part Sale | 10/4 | J | | |
| 253. -- WEATHERFORD INTL | | | | | Buy | 3/16 | J | | |
| 254. -- SCHERING-PLOUGH | | | | | Buy | 7/5 | J | | |
| 255. -- SCHERING-PLOUGH | | | | | Part Sale | 12/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -- DUN & BRADSTREET | | | | | Part Sale | 6/18 | J | | |
| 257. -- AMGEN INC | | | | | Part Sale | 7/5 | J | | |
| 258. -- AMGEN INC | | | | | Sold | 8/6 | J | | |
| 259. -- UNUMPROVIDENT CORP | | | | | Sold | 1/17 | J | | |
| 260. -- NATIONAL INSTRS CORP | | | | | Sold | 1/3 | J | | |
| 261. -- MCGRAW HILL COS | | | | | Part Sale | 1/11 | J | A | |
| 262. -- MCGRAW HILL COS | | | | | Sold | 2/5 | J | A | |
| 263. -- FMC CORP NEW | | | | | Part Sale | 2/14 | J | | |
| 264. -- INTERNATIONAL GAME TECHNOLOGY | | | | | Part Sale | 1/19 | J | | |
| 265. -- INTERNATIONAL GAME TECHNOLOGY | | | | | Sold | 4/24 | J | | |
| 266. -- MIRANT CORP NEW | | | | | Sold | 1/11 | J | A | |
| 267. -- CHOICEPOINT INC | | | | | Buy | 2/12 | J | | |
| 268. -- FEDEX CORP | | | | | Buy | 6/7 | J | | |
| 269. -- SCHWAB CHARLES CORP | | | | | Part Sale | 6/13 | J | A | |
| 270. -- SCHWAB CHARLES CORP | | | | | Part Sale | 9/27 | J | A | |
| 271. -- SCHWAB CHARLES CORP | | | | | Part Sale | 11/28 | J | A | |
| 272. -- REGAL BELOIT CORP | | | | | Sold | 1/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -- SCHEIN HENRY | | | | | Buy | 1/9 | J | | |
| 274.  -- SCHEIN HENRY | | | | | Buy | 1/26 | J | | |
| 275.  -- MCCORMICK & CO | | | | | Buy | 6/18 | J | | |
| 276.  -- QUANTA SVCS INC | | | | | Part Sale | 5/7 | J | | |
| 277.  -- QUANTA SVCS INC | | | | | Part Sale | 5/31 | J | | |
| 278.  -- CITRIX SYS INC | | | | | | | | | |
| 279.  -- GRANT PRIDECO INC | | | | | Sold | 10/16 | J | | |
| 280.  -- FREEPORT MCMORAN COPPER B | | | | | Sold | 3/19 | J | | |
| 281.  -- STAPLES INC | | | | | Part Sale | 8/24 | J | | |
| 282.  -- TEXAS INSTRUMENTS | | | | | Buy | 2/1 | J | | |
| 283.  -- TEXAS INSTRUMENTS | | | | | Buy | 6/7 | J | | |
| 284.  -- TEXAS INSTRUMENTS | | | | | Buy | 8/9 | J | | |
| 285.  -- BEA SYS INC | | | | | Sold | 10/18 | J | A | |
| 286.  -- BANK HAWAII CORP | | | | | | | | | |
| 287.  -- BIOMET INC | | | | | Sold | 6/6 | J | B | |
| 288.  -- ANHEUSER BUSCH | | | | | | | | | |
| 289.  -- DPL INC COM | | | | | Buy | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -- ADVANCE AUTO PARTS | | | | | Part Sale | 6/18 | J | | |
| 291. -- SHAWGROUP INC | | | | | Part Sale | 6/18 | J | | |
| 292. -- SHAWGROUP INC | | | | | Part Sale | 8/1 | J | | |
| 293. -- SHAWGROUP INC | | | | | Part Sale | 11/16 | J | | |
| 294. -- RF MICRO DEVICES | | | | | Buy | 1/9 | J | | |
| 295. -- EOG RESOURCES INC | | | | | | | | | |
| 296. -- PRUDENTIAL FINANCIAL | | | | | Part Sale | 12/10 | J | | |
| 297. -- ATHEROS COMMUNICATIONS | | | | | Buy | 1/8 | J | | |
| 298. -- MELLON FINL CORP | | | | | Merger | 7/2 | | | With Bank of New York |
| 299. -- BANK OF NEW YORK MELLON CORP | | | | | | | | | |
| 300. -- ARCH CAPITAL GROUP | | | | | Part Sale | 9/26 | J | | |
| 301. -- ARCH CAPITAL GROUP | | | | | Part Sale | 10/11 | J | | |
| 302. -- ARCH CAPITAL GROUP | | | | | Sold | 11/27 | J | | |
| 303. -- CORNING INC | | | | | Buy | 5/9 | J | | |
| 304. -- CORNING INC | | | | | Buy | 8/9 | J | | |
| 305. -- HEWLETT-PACKARD CO | | | | | Buy | 5/1 | J | | |
| 306. -- HUDSON CITY BANCORP | | | | | Buy | 1/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -- NEKTAR THERAPEUTICS | | | | | Buy | 1/9 | J | | |
| 308. -- NEKTAR THERAPEUTICS | | | | | Buy | 4/12 | J | | |
| 309. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 5/31 | J | | |
| 310. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 8/10 | J | | |
| 311. -- NEKTAR THERAPEUTICS | | | | | Sold | 8/29 | J | | |
| 312. -- ARCH COAL INC | | | | | Buy | 1/19 | J | | |
| 313. -- ARCH COAL INC | | | | | Buy | 1/25 | J | | |
| 314. -- ARCH COAL INC | | | | | Part Sale | 6/7 | J | | |
| 315. -- ARCH COAL INC | | | | | Part Sale | 11/13 | J | | |
| 316. -- ARCH COAL INC | | | | | Part Sale | 12/14 | J | | |
| 317. -- ARCH COAL INC | | | | | Part Sale | 12/31 | J | | |
| 318. -- GLOBAL PMNTS INC | | | | | Buy | 1/9 | J | | |
| 319. -- GLOBAL PMNTS INC | | | | | Buy | 1/11 | J | | |
| 320. -- GLOBAL PMNTS INC | | | | | Part Sale | 6/18 | J | | |
| 321. -- GLOBAL PMNTS INC | | | | | Buy | 10/29 | J | | |
| 322. -- DONNELLEY RR & SONS | | | | | Buy | 1/16 | J | | |
| 323. -- DONNELLEY RR & SONS | | | | | Buy | 2/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- DONNELLEY RR & SONS | | | | | Buy | 3/12 | J | | |
| 325. -- MARTIN MARIETTA MATLS | | | | | Buy | 1/22 | J | | |
| 326. -- MARTIN MARIETTA MATLS | | | | | Sold | 8/1 | J | | |
| 327. -- BED BATH & BEYOND | | | | | Buy | 1/24 | J | | |
| 328. -- BED BATH & BEYOND | | | | | Buy | 4/9 | J | | |
| 329. -- BED BATH & BEYOND | | | | | Sold | 12/24 | J | | |
| 330. -- CARDINAL HEALTH INC | | | | | Buy | 1/25 | J | | |
| 331. -- CARDINAL HEALTH INC | | | | | Buy | 5/9 | J | | |
| 332. -- CARDINAL HEALTH INC | | | | | Buy | 10/12 | J | | |
| 333. -- CARDINAL HEALTH INC | | | | | Sold | 11/28 | J | | |
| 334. -- BRUNSWICK CORP | | | | | Buy | 1/30 | J | | |
| 335. -- BRUNSWICK CORP | | | | | Buy | 3/14 | J | | |
| 336. -- BRUNSWICK CORP | | | | | Sold | 12/26 | J | | |
| 337. -- HARMAN INTL INDS | | | | | Buy | 2/16 | J | | |
| 338. -- HARMAN INTL INDS | | | | | Buy | 3/13 | J | | |
| 339. -- HARMAN INTL INDS | | | | | Sold | 8/22 | J | | |
| 340. -- VCA ANTECH INC | | | | | Buy | 2/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.; rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -- VCA ANTECH INC | | | | | Buy | 6/28 | J | | |
| 342. -- FLOWSERVE CORP | | | | | Buy | 3/19 | J | | |
| 343. -- RED HAT INC | | | | | Buy | 3/27 | J | | |
| 344. -- RED HAT INC | | | | | Buy | 10/25 | J | | |
| 345. -- IMS HEALTH INC | | | | | Buy | 4/3 | J | | |
| 346. -- IMS HEALTH INC | | | | | Buy | 6/27 | J | | |
| 347. -- IMS HEALTH INC | | | | | Sold | 10/25 | J | | |
| 348. -- DRESSER RAND GROUP | | | | | Buy | 4/17 | J | | |
| 349. -- DRESSER RAND GROUP | | | | | Buy | 8/21 | J | | |
| 350. -- DRESSER RAND GROUP | | | | | Buy | 10/31 | J | | |
| 351. -- TRIDENT MICROSYSTEMS | | | | | Buy | 4/27 | J | | |
| 352. -- TRIDENT MICROSYSTEMS | | | | | Buy | 5/7 | J | | |
| 353. -- TRIDENT MICROSYSTEMS | | | | | Buy | 7/5 | J | | |
| 354. -- TRIDENT MICROSYSTEMS | | | | | Sold | 10/31 | J | | |
| 355. -- CAMERON INTL CORP | | | | | Buy | 5/11 | J | | |
| 356. -- UTI WORLDWIDE INC | | | | | Buy | 5/31 | J | | |
| 357. -- UTI WORLDWIDE INC | | | | | Buy | 6/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -- UTI WORLDWIDE INC | | | | | Buy | 6/27 | J | | |
| 359. -- UTI WORLDWIDE INC | | | | | Buy | 9/27 | J | | |
| 360. -- PFIZER INC | | | | | Buy | 6/7 | J | | |
| 361. -- PFIZER INC | | | | | Buy | 7/5 | J | | |
| 362. -- PFIZER INC | | | | | Buy | 11/13 | J | | |
| 363. -- MCDERMOTT INTL | | | | | Buy | 6/20 | J | | |
| 364. -- MCDERMOTT INTL | | | | | Buy | 7/12 | J | | |
| 365. -- MCDERMOTT INTL | | | | | Buy | 8/9 | J | | |
| 366. -- SOUTHWEST AIRLINES | | | | | Buy | 7/20 | J | | |
| 367. -- SOUTHWEST AIRLINES | | | | | Buy | 8/9 | J | | |
| 368. -- SOUTHWEST AIRLINES | | | | | Buy | 9/21 | J | | |
| 369. -- CYTEC INDS | | | | | Buy | 7/24 | J | | |
| 370. -- CYTEC INDS | | | | | Buy | 10/25 | J | | |
| 371. -- MERCK & CO | | | | | Buy | 8/7 | J | | |
| 372. -- S&P 500 SPDR | | | | | Buy | 8/9 | J | | |
| 373. -- IMMUCOR INC | | | | | Buy | 9/5 | J | | |
| 374. -- IMMUCOR INC | | | | | Buy | 9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -- APPLERA CORP | | | | | Buy | 9/28 | J | | |
| 376. -- CHARLES RIV LABS INTL | | | | | Buy | 10/4 | J | | |
| 377. -- CHARLES RIV LABS INTL | | | | | Buy | 10/11 | J | | |
| 378. -- CHARLES RIV LABS INTL | | | | | Buy | 10/18 | J | | |
| 379. -- MATTEL INC | | | | | Buy | 10/4 | J | | |
| 380. -- MATTEL INC | | | | | Buy | 10/22 | J | | |
| 381. -- CARPENTER TECHNOLOGY | | | | | Buy | 10/16 | J | | |
| 382. -- WHITING PETE CORP | | | | | Buy | 11/13 | J | | |
| 383. -- WHITING PETE CORP | | | | | Buy | 12/27 | J | | |
| 384. -- UCBH HLDGS | | | | | Buy | 11/20 | J | | |
| 385. -- UCBH HLDGS | | | | | Buy | 12/4 | J | | |
| 386. -- FORMFACTOR INC | | | | | Buy | 11/26 | J | | |
| 387. -- FORMFACTOR INC | | | | | Sold | 12/24 | J | | |
| 388. -- RESEARCH IN MOTION | | | | | Buy | 12/4 | J | | |
| 389. -- WISCONSIN ENERGY CORP | | | | | Buy | 12/4 | J | | |
| 390. -- WISCONSIN ENERGY CORP | | | | | Buy | 12/26 | J | | |
| 391. -- HOSPIRA INC | | | | | Buy | 12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. MUTUAL FUNDS/BONDS/T NOTES | | | | | | | | | |
| 394. -- SCUDDER LARGE COMPANY VALUE FD | | | | | | | | | |
| 395. -- CITIBANK MDA SHORT TERM | | | | | | | | | |
| 396. -- OLD WESTBURY FDS | | | | | Buy | 10/25 | K | | |
| 397. -- OLD WESTBURY FDS | | | | | Buy | 12/3 | L | | |
| 398. -- OLD WESTBURY FDS | | | | | Part Sale | 12/3 | L | A | |
| 399. -- SPOTSYLVANIA CNTY VA 5.0% 2/1/16 | | | | | | | | | |
| 400. -- ISHARES TR RUSSELL GR INDX FD | | | | | Sold | 2/1 | J | A | |
| 401. -- ISHARES TR S&P 100 INDEX FUND | | | | | Sold | 2/2 | J | A | |
| 402. -- FEDERAL HOME LOAN BK DISC 1/31/07 | | | | | Mature | 1/31 | M | | |
| 403. -- US T BILLS 2/8/07 | | | | | Mature | 2/8 | K | | |
| 404. -- US T BILLS 3/8/07 | | | | | Buy | 2/8 | K | | |
| 405. -- US T BILLS 3/8/07 | | | | | Mature | 3/8 | K | | |
| 406. -- US T BILLS 4/5/07 | | | | | Buy | 3/8 | K | | |
| 407. -- US T BILLS 4/5/07 | | | | | Mature | 4/5 | K | | |
| 408. -- US T BILLS 7/5/07 | | | | | Buy | 4/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -- US T BILLS 7/5/07 | | | | | Mature | 7/5 | K | | |
| 410. -- FHLB 3/2/07 | | | | | Buy | 2/6 | M | | |
| 411. -- FHLB 3/2/07 | | | | | Part Sale | 2/14 | L | | |
| 412. -- FHLB 3/2/07 | | | | | Mature | 3/2 | M | | |
| 413. -- FHLB 4/4/07 | | | | | Buy | 3/7 | M | | |
| 414. -- FHLB 4/4/07 | | | | | Mature | 4/4 | M | | |
| 415. -- FHLB 5/30/07 | | | | | Buy | 4/4 | M | | |
| 416. -- FHLB 5/30/07 | | | | | Mature | 5/30 | M | | |
| 417. -- FNMA 9/4/07 | | | | | Buy | 6/8 | M | | |
| 418. -- FNMA 9/4/07 | | | | | Sold | 7/9 | M | | |
| 419. -- FNMA 10/10/07 | | | | | Buy | 7/9 | L | | |
| 420. -- FNMA 10/10/07 | | | | | Mature | 10/10 | L | | |
| 421. -- VA COLLEGE BLD 5.0% 9/1/12 | | | | | Buy | 7/31 | M | | |
| 422. -- MIDCAP SPDR TR | | | | | Buy | 10/29 | J | | |
| 423. | | | | | | | | | |
| 424. | | | | | | | | | |
| 425. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. TRUST #3 AGGREGATE SEE NOTE PART VIII | | None | M | T | | | | | |
| 427. COMMON STOCKS | | | | | | | | | |
| 428. -- JOHNSON & JOHNSON | | | | | | | | | |
| 429. -- EXCELSIOR BELNDED EQUITY | | | | | | | | | |
| 430. -- EXCELSIOR VALUE & RESTR FUND | | | | | | | | | |
| 431. -- CISCO SYS INC. | | | | | | | | | |
| 432. -- MSD&T FDS INC TAX-EX MM FUND | | | | | Name Change | | | | To PNC Tax Exempt Fund |
| 433. -- PNC TAX EXEMPT FUND | | | | | | | | | |
| 434. -- AMERICAN EXPRESS CO | | | | | | | | | |
| 435. -- BAKER HUGHES INC | | | | | Sold | 4/24 | J | B | |
| 436. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 1/10 | J | A | |
| 437. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 7/5 | J | A | |
| 438. -- GOLDMAN SACHS GROUP | | | | | Sold | 8/1 | J | A | |
| 439. -- INTEL CORP | | | | | Part Sale | 7/5 | J | | |
| 440. -- INTEL CORP | | | | | Sold | 11/23 | J | | |
| 441. -- MCDONALDS CORP | | | | | Part Sale | 8/2 | J | B | |
| 442. -- MICROSOFT | | | | | Sold | 1/24 | J | A | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -- UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 444. -- WAL MART STORES | | | | | Buy | 1/10 | J | | |
| 445. -- WAL MART STORES | | | | | Buy | 2/13 | J | | |
| 446. -- WALMART STORES | | | | | Buy | 6/7 | J | | |
| 447. -- MOTOROLA INC | | | | | | | | | |
| 448. -- OLD WESTBURY FDS INC | | | | | | | | | |
| 449. -- MONSANTO CO/NEW | | | | | Part Sale | 1/22 | J | C | |
| 450. -- MONSANTO CO/NEW | | | | | Part Sale | 9/18 | J | A | |
| 451. -- PG&E CORP | | | | | | | | | |
| 452. -- CELGENE CORP | | | | | Part Sale | 6/6 | J | | |
| 453. -- SOUTH FINANCIAL GROUP | | | | | Buy | 6/18 | J | | |
| 454. -- SOUTH FINANCIAL GROUP | | | | | Sold | 12/19 | J | | |
| 455. -- COMMUNITY HEALTH SYSTEMS | | | | | Sold | 3/16 | J | | |
| 456. -- PRINCIPAL FIN GROUP | | | | | Part Sale | 10/5 | J | A | |
| 457. -- PRINCIPAL FIN GROUP | | | | | Part Sale | 11/23 | J | A | |
| 458. -- PRINCIPAL FIN GROUP | | | | | Sold | 12/5 | J | A | |
| 459. -- BRINKER INTL INC | | | | | Part Sale | 3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -- BRINKER INTL INC | | | | | Buy | 9/24 | J | | |
| 461. -- MICROCHIP TECHNOLOGY | | | | | Part Sale | 5/17 | J | | |
| 462. -- TIFFANY & CO | | | | | Part Sale | 5/22 | J | | |
| 463. -- TIFFANY & CO | | | | | Part Sale | 10/1 | J | | |
| 464. -- ASSOCIATED BANC CORP | | | | | Part Sale | 3/23 | J | | |
| 465. -- ASSOCIATED BANC CORP | | | | | Sold | 4/17 | J | | |
| 466. -- FEDERATED INVESTORES | | | | | Part Sale | 5/7 | J | | |
| 467. -- FEDERATED INVESTORES | | | | | Part Sale | 9/24 | J | | |
| 468. -- AVERY DENNISON CORP | | | | | Sold | 10/11 | J | | |
| 469. -- JOY GLOBAL INC | | | | | Sold | 1/11 | J | | |
| 470. -- SEI INVESTMENT CO | | | | | | | | | |
| 471. -- THOMAS & BETTS | | | | | Sold | 1/12 | J | | |
| 472. -- GALLAGHER ARTHUR J & CO | | | | | Sold | 1/17 | J | | |
| 473. -- BARD C R INC | | | | | Sold | 6/29 | J | | |
| 474. -- PEPSICO INC | | | | | | | | | |
| 475. -- MANPOWER INC | | | | | Sold | 2/5 | J | | |
| 476. -- PROTECTIVE LIFE CORP | | | | | Part Sale | 1/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -- PROTECTIVE LIFE CORP | | | | | Buy | 10/24 | J | | |
| 478. -- NOBLE ENERGY INC | | | | | Part Sale | 4/5 | J | | |
| 479. -- NOBLE ENERGY INC | | | | | Part Sale | 11/8 | J | | |
| 480. -- NOBLE ENERGY INC | | | | | Sold | 11/13 | J | | |
| 481. -- FEDERATED DEPT STORES | | | | | Part Sale | 4/5 | J | A | |
| 482. -- FEDERATED DEPT STORES | | | | | Name Change | | | | To Macy's Inc |
| 483. -- MACY'S INC | | | | | Sold | 8/24 | J | | |
| 484. -- DOLLAR TREE STORES | | | | | Part Sale | 6/18 | J | | |
| 485. -- DOLLAR TREE STORES | | | | | Part Sale | 8/30 | J | | |
| 486. -- LAMAR ADVERTISING CO | | | | | Part Sale | 1/26 | J | | |
| 487. -- ALLEGHENY TECHNOLOGIES | | | | | Part Sale | 1/9 | J | A | |
| 488. -- ALLEGHENY TECHNOLOGIES | | | | | Buy | 11/23 | J | A | |
| 489. -- SCHERING-PLOUGH | | | | | Part Sale | 12/19 | J | A | |
| 490. -- AMGEN INC | | | | | Part Sale | 7/5 | J | | |
| 491. -- AMGEN INC | | | | | Sold | 8/6 | J | | |
| 492. -- PACTIV CORP | | | | | Sold | 1/11 | J | A | |
| 493. -- COGNOS INC | | | | | Part Sale | 1/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -- COGNOS INC | | | | | Part Sale | 10/9 | J | | |
| 495. -- COGNOS INC | | | | | Sold | 10/22 | J | | |
| 496. -- WEATHERFORD INTL | | | | | Buy | 3/16 | J | | |
| 497. -- DUN & BRADSTREET | | | | | Part Sale | 8/1 | J | | |
| 498. -- UNUMPROVIDENT CORP | | | | | Sold | 1/17 | J | | |
| 499. -- NATIONAL INSTRUMENTS CORP | | | | | Sold | 1/3 | J | | |
| 500. -- MCGRAW HILL COS | | | | | Part Sale | 1/11 | J | A | |
| 501. -- MCGRAW HILL COS | | | | | Sold | 2/5 | J | A | |
| 502. -- FEDEX CORP | | | | | Buy | 6/7 | J | | |
| 503. -- CHOICEPOINT INC | | | | | Buy | 2/12 | J | | |
| 504. -- MCCORMICK & CO | | | | | | | | | |
| 505. -- CITRIX SYSTEMS | | | | | | | | | |
| 506. -- SCHWAB CHARLES CORP | | | | | Part Sale | 6/13 | J | A | |
| 507. -- SCHWAB CHARLES CORP | | | | | Part Sale | 9/24 | J | A | |
| 508. -- SCHWAB CHARLES CORP | | | | | Part Sale | 11/23 | J | A | |
| 509. -- REGAL BELOIT CORP | | | | | Sold | 1/26 | J | | |
| 510. -- QUANTA SERVICES | | | | | Part Sale | 5/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -- QUANTA SERVICES | | | | | Part Sale | 5/31 | J | | |
| 512. -- GRANT PRIDECO INC | | | | | Part Sale | 9/12 | J | | |
| 513. -- GRANT PRIDECO INC | | | | | Sold | 10/11 | J | | |
| 514. -- FREEPORT-MCMORAN COPPER & GOLD | | | | | Sold | 3/19 | J | | |
| 515. -- STAPLES INC | | | | | Part Sale | 8/24 | J | | |
| 516. -- INTERNATIONAL GAME TECHNOLOGY | | | | | Part Sale | 1/19 | J | | |
| 517. -- INTERNATIONAL GAME TECHNOLOGY | | | | | Sold | 4/24 | J | | |
| 518. -- MIRANT CORP NEW | | | | | Sold | 1/11 | J | | |
| 519. -- FMC CORP NEW | | | | | Part Sale | 2/14 | J | | |
| 520. -- TEXAS INSTRUMENTS | | | | | Buy | 2/1 | J | | |
| 521. -- TEXAS INSTRUMENTS | | | | | Buy | 6/7 | J | | |
| 522. -- TEXAS INSTRUMENTS | | | | | Buy | 8/9 | J | | |
| 523. -- SHEIN HENRY INC | | | | | Buy | 1/9 | J | | |
| 524. -- BEA SYSTEMS INC | | | | | Sold | 10/15 | J | A | |
| 525. -- BANK OF HAWAII CORP | | | | | | | | | |
| 526. -- S&P 100 INDEX FUND ISHARES TRUST | | | | | Sold | 2/2 | J | | |
| 527. -- BIOMET INC | | | | | Sold | 6/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -- ISHARES TRUST RUSSELL 1000 | | | | | Sold | 2/1 | J | | |
| 529. -- ANHEUSER BUSCH | | | | | | | | | |
| 530. -- ADVANCE AUTO PARTS | | | | | | | | | |
| 531. -- DPL INC | | | | | Buy | 10/16 | J | | |
| 532. -- SHAW GROUP INC | | | | | Part Sale | 6/18 | J | | |
| 533. -- SHAW GROUP INC | | | | | Part Sale | 8/1 | J | | |
| 534. -- SHAW GROUP INC | | | | | Part Sale | 11/13 | J | | |
| 535. -- RF MICRO DEVICES INC | | | | | Buy | 1/9 | J | | |
| 536. -- ATHEROS COMMUNICATIONS | | | | | Buy | 1/8 | J | | |
| 537. -- MELLON FINANCIAL CORP | | | | | Merger | 7/2 | | | With Bank of New York |
| 538. -- BANK NEW YORK MELLON CORP | | | | | | | | | |
| 539. -- PRUDENTIAL FINANCIAL INC | | | | | Part Sale | 12/5 | J | | |
| 540. -- HEWLETT PACKARD CO | | | | | Buy | 5/1 | J | | |
| 541. -- CORNING INC | | | | | Buy | 5/9 | J | | |
| 542. -- CORNING INC | | | | | Buy | 8/9 | J | | |
| 543. -- EOG RESOURCES | | | | | | | | | |
| 544. -- ARCH CAPITAL GROUP | | | | | Part Sale | 9/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -- ARCH CAPITAL GROUP | | | | | Sold | 11/21 | J | | |
| 546. -- HUDSON CITY BANCORP | | | | | Buy | 1/10 | J | | |
| 547. -- NEKTAR THERAPEUTICS | | | | | Buy | 1/9 | J | | |
| 548. -- NEKTAR THERAPEUTICS | | | | | Buy | 4/12 | J | | |
| 549. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 5/31 | J | | |
| 550. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 8/10 | J | | |
| 551. -- NEKTAR THERAPEUTICS | | | | | Sold | 8/29 | J | | |
| 552. -- THERMO FISHER SCIENTIFIC | | | | | | | | | |
| 553. -- ARCH COAL INC | | | | | Buy | 1/19 | J | | |
| 554. -- ARCH COAL INC | | | | | Buy | 1/25 | J | | |
| 555. -- ARCH COAL INC | | | | | Part Sale | 6/7 | J | | |
| 556. -- ARCH COAL INC | | | | | Part Sale | 11/7 | J | | |
| 557. -- GLOBAL PAYMENTS INC | | | | | Buy | 1/9 | J | | |
| 558. -- GLOBAL PAYMENTS INC | | | | | Buy | 1/11 | J | | |
| 559. -- DONNELLEY RR & SONS | | | | | Buy | 1/16 | J | | |
| 560. -- DONNELLEY RR & SONS | | | | | Buy | 2/7 | J | | |
| 561. -- DONNELLEY RR & SONS | | | | | Buy | 3/12 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -- MARTIN MARIETTA | | | | | Buy | 1/22 | J | | |
| 563. -- MARTIN MARIETTA | | | | | Sold | 7/17 | J | A | |
| 564. -- BED BATH & BEYOND | | | | | Buy | 1/24 | J | | |
| 565. -- BED BATH & BEYOND | | | | | Buy | 4/9 | J | | |
| 566. -- BED BATH & BEYOND | | | | | Sold | 12/19 | J | | |
| 567. -- CARDINAL HEALTH INC | | | | | Buy | 1/25 | J | | |
| 568. -- CARDINAL HEALTH INC | | | | | Buy | 5/9 | J | | |
| 569. -- CARDINAL HEALTH INC | | | | | Buy | 10/9 | J | | |
| 570. -- CARDINAL HEALTH INC | | | | | Sold | 11/23 | J | | |
| 571. -- BRUNSWICK CORP | | | | | Buy | 1/30 | J | | |
| 572. -- BRUNSWICK CORP | | | | | Buy | 3/14 | J | | |
| 573. -- BRUNSWICK CORP | | | | | Sold | 12/19 | J | | |
| 574. -- HARMAN INTL IND | | | | | Buy | 2/16 | J | | |
| 575. -- HARMAN INTL IND | | | | | Sold | 8/22 | J | | |
| 576. -- VCA ANTECH INC | | | | | Buy | 2/21 | J | | |
| 577. -- RED HAT INC | | | | | Buy | 3/27 | J | | |
| 578. -- RED HAT INC | | | | | Buy | 10/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -- DRESSER RAND GROUP | | | | | Buy | 4/17 | J | | . |
| 580. -- DRESSER RAND GROUP | | | | | Buy | 8/21 | J | | |
| 581. -- FLOWSERVE CORP | | | | | Buy | 3/19 | J | | |
| 582. -- IMS HEALTH INC | | | | | Buy | 4/3 | J | | |
| 583. -- IMS HEALTH INC | | | | | Buy | 6/27 | J | | |
| 584. -- IMS HEALTH INC | | | | | Sold | 10/19 | J | | |
| 585. -- TRIDENT MICROSYSTEMS | | | | | Buy | 4/27 | J | | |
| 586. -- TRIDENT MICROSYSTEMS | | | | | Buy | 5/7 | J | | |
| 587. -- TRIDENT MICROSYSTEMS | | | | | Buy | 7/5 | J | | |
| 588. -- TRIDENT MICROSYSTEMS | | | | | Sold | 10/26 | J | | |
| 589. -- CAMERON INTERNATIONAL | | | | | Buy | 5/11 | J | | |
| 590. -- OLD WESTBURY INTL | | | | | Buy | 5/25 | K | | |
| 591. -- UTI WORLDWIDE INC | | | | | Buy | 5/31 | J | | |
| 592. -- UTI WORLDWIDE INC | | | | | Buy | 6/18 | J | | |
| 593. -- UTI WORLDWIDE INC | | | | | Buy | 6/27 | J | | |
| 594. -- UTI WORLDWIDE INC | | | | | Buy | 9/24 | J | | |
| 595. -- PFIZER INC | | | | | Buy | 6/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -- PFIZER INC | | | | | Buy | 7/5 | J | | |
| 597. -- PRIZER INC | | | | | Buy | 11/7 | J | | |
| 598. -- MCDERMOTT INTL | | | | | Buy | 6/20 | J | | |
| 599. -- MCDERMOTT INTL | | | | | Buy | 7/12 | J | | |
| 600. -- MCDERMOTT INTL | | | | | Buy | 8/9 | J | | |
| 601. -- SOUTHWEST AIRLINES | | | | | Buy | 7/20 | J | | |
| 602. -- SOUTHWEST AIRLINES | | | | | Buy | 8/9 | J | | |
| 603. -- SOUTHWEST AIRLINES | | | | | Buy | 9/18 | J | | |
| 604. -- CYTEC INDUSTRIES | | | | | Buy | 7/24 | J | | |
| 605. -- MERCK & CO | | | | | Buy | 8/7 | J | | |
| 606. -- SPDR TR | | | | | Buy | 8/9 | J | | |
| 607. -- IMMUCOR INC | | | | | Buy | 9/5 | J | | |
| 608. -- IMMUCOR INC | | | | | Buy | 9/12 | J | | |
| 609. -- APPLERA CORPS | | | | | Buy | 9/25 | J | | |
| 610. -- CHARLES RIV LABS | | | | | Buy | 10/1 | J | | |
| 611. -- CHARLES RIV LABS | | | | | Buy | 10/5 | J | | |
| 612. -- CHARLES RIV LABS | | | | | Buy | 10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 HI =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -- MATTEL INC | | | | | Buy | 10/1 | J | | |
| 614. -- MATTEL INC | | | | | Buy | 10/17 | J | | |
| 615. -- MIDCAP SPDR TR | | | | | Buy | 10/24 | J | | |
| 616. -- CARPENTER TECHNOLOGY | | | | | Buy | 10/25 | J | | |
| 617. -- WHITING PETROLEUM | | | | | Buy | 11/7 | J | | |
| 618. -- WHITING PETROLEUM | | | | | Buy | 12/21 | J | | |
| 619. -- UCBH HOLDINGS | | | | | Buy | 11/15 | J | | |
| 620. -- UCBH HOLDINGS | | | | | Buy | 12/4 | J | | |
| 621. -- FORM FACTOR INC | | | | | Buy | 11/20 | J | | |
| 622. -- FORM FACTOR INC | | | | | Sold | 12/19 | J | | |
| 623. -- RESEARCH IN MOTION | | | | | Buy | 11/29 | J | | |
| 624. -- WISCONSIN ENERGY | | | | | Buy | 11/29 | J | | |
| 625. -- WISCONSIN ENERGY | | | | | Buy | 12/20 | J | | |
| 626. -- HOSPIRA INC | | | | | Buy | 12/12 | J | | |
| 627. | | | | | | | | | |
| 628. -- MUNICIPAL BONDS/TNOTES | | | | | | | | | |
| 629. -- UNIVERSITY VA 5% 6/01/15 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -- FEDERAL HOME LOAN BANK DISC 2/2/07 | | | | | Mature | 2/2 | L | | |
| 631. -- FHLB DISC 3/2/07 | | | | | Buy | 2/6 | L | | |
| 632. -- FHLB DISC 3/2/07 | | | | | Mature | 3/2 | L | | |
| 633. -- FHLB DISC 4/4/07 | | | | | Buy | 3/7 | L | | |
| 634. -- FHLB DISC 4/4/07 | | | | | Mature | 4/4 | L | | |
| 635. -- FHLB DISC 5/30/07 | | | | | Buy | 4/4 | L | | |
| 636. -- FHLB DISC 5/30/07 | | | | | Mature | 5/30 | L | | |
| 637. -- FNMA DISC 8/29/07 | | | | | Buy | 5/30 | L | | |
| 638. -- FNMA DISC 8/29/07 | | | | | Mature | 8/29 | L | | |
| 639. -- FNMA DISC 11/28/07 | | | | | Buy | 8/30 | L | | |
| 640. -- FNMA DISC 11/28/07 | | | | | Mature | 11/28 | L | | |
| 641. -- FNMA DISC 2/27/08 | | | | | Buy | 11/27 | L | | |
| 642. | | | | | | | | | |
| 643. | | | | | | | | | |
| 644. | | | | | | | | | |
| 645. | | | | | | | | | |
| 646. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. TRUST #4 AGGREGATE SEE NOTE PART VIII | | None | M | T | | | | | |
| 648. COMMON STOCKS | | | | | | | | | |
| 649. -- MERCANTILE FUNDS GOVT MM | | | | | Name Change | | | | To PNC Govt Fund |
| 650. -- PNC GOVT FUND | | | | | | | | | |
| 651. -- UNILEVER NV | | | | | | | | | |
| 652. -- INGERSOLL RAND CO | | | | | Part Sale | 6/18 | K | D | |
| 653. -- NESTLE | | | | | | | | | |
| 654. -- EMERSON ELECTRIC | | | | | | | | | |
| 655. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 656. -- SCHLUMBERGER LTD | | | | | | | | | |
| 657. -- UNITED PARCEL SVC | | | | | | | | | |
| 658. -- AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 659. -- BROADRIDGE FINL SOLUTIONS | | | | | Spinoff | 4/2 | | | From ADP |
| 660. -- BROADRIDGE FINL SOLUTIONS | | | | | Part Sale | 4/10 | J | | |
| 661. -- BROADRIDGE FINL SOLUTIONS | | | | | Sold | 6/18 | J | | |
| 662. -- MICROSOFT CORP | | | | | | | | | |
| 663. -- WALT DISNEY CO. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -- CITADEL BROADCASTING | | | | | Spinoff | 6/13 | | | From Walt Disney |
| 665. -- CITADEL BROADCASTING | | | | | Sold | 12/3 | J | | |
| 666. -- MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Name Change | | | | To PNC Diversified RE |
| 667. -- PNC DIVERSIFIED REAL ESTATE | | | | | | | | | |
| 668. -- GENERAL MILLS INC | | | | | Part Sale | 6/18 | K | D | |
| 669. -- 3M CO | | | | | | | | | |
| 670. -- VANGUARD INDEX TR SMALL CAP | | | | | | | | | |
| 671. -- NIKE INC CLASS B | | | | | | | | | |
| 672. -- CISCO SYSTEMS | | | | | | | | | |
| 673. -- SPRINT NEXTEL CORP | | | | | Sold | 12/6 | J | | |
| 674. -- BOSTON SCIENTIFIC CORP | | | | | Sold | 12/3 | J | | |
| 675. -- GENZYME CORP | | | | | | | | | |
| 676. -- HOME DEPOT | | | | | Sold | 12/3 | J | | |
| 677. -- VANGUARD TOTAL INTL STOCK INDX | | | | | | | | | |
| 678. -- ISHARES TRUST S&P MIDCAP 400 | | | | | Buy | 3/9 | J | | |
| 679. -- ISHARES TRUST S&P MIDCAP 400 | | | | | Buy | 6/18 | K | | |
| 680. -- ISHARES TRUST MSCI EAFE INDEX | | | | | Buy | 3/9 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment          T =Cash Market
   (See Column C2)            U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  -- ORACLE CORP | | | | | Buy | 12/3 | J | | |
| 682. | | | | | | | | | |
| 683.  MUNICIPAL BONDS | | | | | | | | | |
| 684.  -- HOWARD CNTY MD  4.25%  2/15/09 | | | | | | | | | |
| 685.  -- MD STATE CMNTY DEV  4.3%  4/1/09 | | | | | | | | | |
| 686.  -- HARFORD CNTY MD  4.25%  1/15/09 | | | | | | | | | |
| 687. | | | | | | | | | |
| 688. | | | | | | | | | |
| 689. | | | | | | | | | |
| 690. | | | | | | | | | |
| 691. | | | | | | | | | |
| 692. | | | | | | | | | |
| 693. | | | | | | | | | |
| 694. | | | | | | | | | |
| 695. | | | | | | | | | |
| 696. | | | | | | | | | |
| 697. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. TRUST #5 AGGREGATE SEE NOTE PART VIII | | None | N | T | | | | | |
| 699. COMMON STOCKS | | | | | | | | | |
| 700. -- TORCHMARK | | | | | | | | | |
| 701. -- BRISTOL MYERS SQUIBB | | | | | Sold | 3/9 | L | F | |
| 702. -- JOHNSON & JOHNSON | | | | | | | | | |
| 703. -- GENERAL ELECTRIC CO | | | | | Part Sale | 6/18 | M | G | |
| 704. -- UNILEVER NV | | | | | | | | | |
| 705. -- INGERSOLL RAND | | | | | Part Sale | 6/18 | K | D | |
| 706. -- 3M CO. | | | | | | | | | |
| 707. -- NESTLE | | | | | | | | | |
| 708. -- RPM INC. OHIO | | | | | | | | | |
| 709. -- EMERSON ELECTRIC CO. | | | | | | | | | |
| 710. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 711. -- SCHLUMBERGER LTD | | | | | | | | | |
| 712. -- UNITED PARCEL SVC | | | | | | | | | |
| 713. -- AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 714. -- BROADRIDGE FINL SOLUTIONS | | | | | Spinoff | 4/2 | | | From ADP |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -- BROADRIDGE FINL SOLUTIONS | | | | | Sold | 6/18 | J | | |
| 716. -- MICROSOFT CORP | | | | | | | | | |
| 717. -- WALT DISNEY CO. | | | | | | | | | |
| 718. -- CITADEL BROADCASTING | | | | | Spinoff | 6/13 | | | From Walt Disney |
| 719. -- CITADEL BROADCASTING | | | | | Sold | 12/3 | J | | |
| 720. -- MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Name Change | | | | To PNC Diversified RE |
| 721. -- PNC DIVERSIFIED REAL ESTATE | | | | | | | | | |
| 722. -- GENERAL MILLS INC | | | | | Part Sale | 6/18 | K | C | |
| 723. -- CISCO SYSTEMS | | | | | | | | | |
| 724. -- SPRINT NEXTEL | | | | | Sold | 12/3 | K | | |
| 725. -- NIKE INC | | | | | | | | | |
| 726. -- VANGUARD TOTAL INTL STOCK INDEX | | | | | | | | | |
| 727. -- VANGUARD INDEX TR SMALL CAP | | | | | | | | | |
| 728. -- HOME DEPOT | | | | | Sold | 12/3 | K | | |
| 729. -- BOSTON SCIENTIFIC CORP | | | | | Sold | 12/3 | J | | |
| 730. -- GENZYME CORP | | | | | | | | | |
| 731. -- ORACLE CORP | | | | | Buy | 12/3 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | | | | | |
| 733. MUTUAL FUNDS/T-NOTES/BONDS | | | | | | | | | |
| 734. -- MERCANTILE FUNDS GOVT MM | | | | | Name Change | | | | To PNC Govt Fund |
| 735. -- PNC GOVT FUND | | | | | | | | | |
| 736. -- MOBILE ALA 10.875% 11/1/07 | | | | | Mature | 11/1 | J | | |
| 737. -- BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 738. -- HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 739. -- HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 740. -- FED HOME LOAN BANK 4.125% 4/12/07 | | | | | Mature | 4/12 | K | A | |
| 741. -- MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | | | | | |
| 742. -- ISHARES TRUST S&P MIDCAP 400 | | | | | Buy | 3/9 | M | | |
| 743. -- ISHARES TRUST EAFE INDEX FUND | | | | | Buy | 3/9 | K | | |
| 744. -- HALEYVILLE AL 4% 9/1/14 | | | | | Buy | 8/9 | K | | |
| 745. -- US T NTS 4.875% 4/30/08 | | | | | Buy | 4/25 | K | | |
| 746. | | | | | | | | | |
| 747. | | | | | | | | | |
| 748. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. TRUST #6 AGGREGATE SEE NOTE PART VIII | | None | O | T | | | | | |
| 750. COMMON STOCKS | | | | | | | | | |
| 751. -- PEPSICO INC. | | | | | | | | | |
| 752. -- JOHNSON & JOHNSON | | | | | | | | | |
| 753. -- SCHERING PLOUGH | | | | | | | | | |
| 754. -- BERKSHIRE HATHAWAY, INC. | | | | | | | | | |
| 755. -- BP AMOCO | | | | | | | | | |
| 756. -- WALT DISNEY CO. | | | | | | | | | |
| 757. -- CITADEL BROADCASTING | | | | | Spinoff | 6/13 | | | From Walt Disney |
| 758. -- CITADEL BROADCASTING | | | | | Part Sale | 6/25 | J | A | |
| 759. -- CITADEL BROADCASTING | | | | | Sold | 9/14 | J | B | |
| 760. -- BRISTOL MYERS SQUIBB | | | | | | | | | |
| 761. -- GENERAL ELECTRIC | | | | | | | | | |
| 762. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 763. -- MSD&T FDS INC TAX-EXEMPT MM FUND | | | | | Name Change | | | | To PNC Tax Exempt Fund |
| 764. -- PNC TAX EXEMPT FUND | | | | | | | | | |
| 765. -- AMERICAN EXPRESS CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -- BAKER HUGHES INC | | | | | Sold | 4/24 | K | D | |
| 767. -- BANK OF AMERICA CORP | | | | | Sold | 3/14 | J | C | |
| 768. -- CISCO SYS INC | | | | | | | | | |
| 769. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 1/10 | J | D | |
| 770. -- GOLDMAN SACHS GROUP | | | | | Part Sale | 7/5 | J | C | |
| 771. -- GOLDMAN SACHS GROUP | | | | | Sold | 8/1 | J | C | |
| 772. -- INTEL CORP | | | | | Sold | 11/23 | J | A | |
| 773. -- MCDONALDS CORP | | | | | Part Sale | 8/2 | J | C | |
| 774. -- MELLON FINANCIAL CORP | | | | | Merger | 7/2 | | | With Bank of New York |
| 775. -- BANK NEW YORK MELLON | | | | | | | | | |
| 776. -- MICROSOFT CORP | | | | | Sold | 1/24 | J | B | |
| 777. -- UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 778. -- WAL MART STORES | | | | | Buy | 1/10 | J | | |
| 779. -- WAL MART STORES | | | | | Buy | 2/13 | J | | |
| 780. -- WAL MART STORES | | | | | Buy | 6/7 | J | | |
| 781. -- MOTOROLA INC | | | | | | | | | |
| 782. -- MONSANTO CO/NEW | | | | | Part Sale | 1/22 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. -- MONSANTO CO/NEW | | | | | Part Sale | 9/18 | J | D | |
| 784. -- PG&E CORP | | | | | | | | | |
| 785. -- PRINCIPAL FINANCIAL GROUP | | | | | Part Sale | 10/5 | K | D | |
| 786. -- PRINCIPAL FINANCIAL GROUP | | | | | Part Sale | 11/23 | J | B | |
| 787. -- PRINCIPAL FINANCIAL GROUP | | | | | Sold | 12/5 | J | B | |
| 788. -- FEFDERATED DEPT STORES | | | | | Part Sale | 4/5 | J | B | |
| 789. -- FEDERATED DEPT STORES | | | | | Name Change | | | | To Macy's |
| 790. -- MACY'S | | | | | Sold | 8/24 | J | | |
| 791. -- DOLLAR TREE STORES | | | | | Part Sale | 8/30 | J | A | |
| 792. -- FEDERATED INVESTORES | | | | | Part Sale | 5/7 | J | | |
| 793. -- FEDERATED INVESTORES | | | | | Part Sale | 9/24 | J | | |
| 794. -- ALLEGHENY TECHNOLOGIES INC | | | | | Part Sale | 1/9 | J | B | |
| 795. -- ALLEGHENY TECHNOLOGIES INC | | | | | Buy | 11/23 | J | | |
| 796. -- CELGENE CORP | | | | | Part Sale | 6/6 | J | B | |
| 797. -- COGNOS INC | | | | | Part Sale | 10/9 | J | A | |
| 798. -- COGNOS INC | | | | | Sold | 10/22 | J | A | |
| 799. -- COMMUNITY HEALTH SYSTEMS | | | | | Sold | 3/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -- BARD C R INC | | | | | Part Sale | 6/18 | J | | |
| 801.  -- BARD C R INC | | | | | Sold | 6/29 | J | A | |
| 802.  -- BRINKER INTL INC | | | | | Part Sale | 3/12 | J | A | |
| 803.  -- BRINKER INTL INC | | | | | Part Sale | 6/18 | J | | |
| 804.  -- BRINKER INTL INC | | | | | Buy | 9/24 | J | | |
| 805.  -- ASSOCIATED BANC CORP | | | | | Part Sale | 3/23 | J | | |
| 806.  -- ASSOCIATED BANC CORP | | | | | Sold | 4/17 | J | | |
| 807.  -- THERMO FISHER SCIENTIFIC | | | | | | | | | |
| 808.  -- GALLAGHER ARTHUR J & CO | | | | | Sold | 1/17 | J | | |
| 809.  -- LAMAR ADVERTISING CO | | | | | Part Sale | 1/26 | J | A | |
| 810.  -- LAMAR ADVERTISING CO | | | | | Buy | 9/21 | J | | |
| 811.  -- MANPOWER INC | | | | | Sold | 2/5 | J | A | |
| 812.  -- PACTIV CORP | | | | | Sold | 1/11 | J | B | |
| 813.  -- PROTECTIVE LIFE CORP | | | | | Part Sale | 1/26 | J | | |
| 814.  -- PROTECTIVE LIFE CORP | | | | | Buy | 10/24 | J | | |
| 815.  -- SEI INVESTMENTS CO | | | | | | | | | |
| 816.  -- SOUTH FINANCIAL GROUP | | | | | Buy | 6/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -- SOUTH FINANCIAL GROUP | | | | | Sold | 12/20 | J | | |
| 818. -- MICROCHIP TECHNOLOGY | | | | | Part Sale | 5/17 | J | A | |
| 819. -- THOMAS & BETTS | | | | | Part Sale | 1/12 | J | A | |
| 820. -- THOMAS & BETTS | | | | | Sold | 1/26 | J | A | |
| 821. -- TIFFANY & CO | | | | | Part Sale | 5/22 | J | A | |
| 822. -- TIFFANY & CO | | | | | Part Sale | 10/1 | J | | |
| 823. -- WEATHERFORD INTL LTD | | | | | Buy | 3/16 | J | | |
| 824. -- JOY GLOBAL INC | | | | | Sold | 1/11 | J | B | |
| 825. -- AVERY DENNISON CORP | | | | | Part Sale | 6/18 | J | | |
| 826. -- AVERY DENNISON CORP | | | | | Sold | 10/11 | J | | |
| 827. -- DUN & BRADSTREET | | | | | Part Sale | 6/18 | J | | |
| 828. -- DUN & BRADSTREET | | | | | Part Sale | 8/1 | J | A | |
| 829. -- AMGEN INC | | | | | Part Sale | 7/5 | J | | |
| 830. -- AMGEN INC | | | | | Sold | 8/6 | J | | |
| 831. -- NOBLE ENERGY INC | | | | | Part Sale | 4/5 | J | A | |
| 832. -- NOBLE ENERGY INC | | | | | Part Sale | 11/8 | J | A | |
| 833. -- NOBLE ENERGY INC | | | | | Sold | 11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -- UNUMPROVIDENT CORP | | | | | Sold | 1/17 | J | | |
| 835. -- NATIONAL INSTRUMENTS CORP | | | | | Sold | 1/3 | J | | |
| 836. -- MCGRAW HILL COS | | | | | Part Sale | 1/11 | J | B | |
| 837. -- MCGRAW HILL COS | | | | | Sold | 2/5 | J | B | |
| 838. -- CHOICEPOINT INC | | | | | Buy | 2/12 | J | | |
| 839. -- FEDEX CORP | | | | | Buy | 6/7 | J | | |
| 840. -- MCCORMICK & CO INC | | | | | Buy | 6/18 | J | | |
| 841. -- CITRIX SYSTEMS INC | | | | | | | | | |
| 842. -- SCHWAB CHARLES CORP | | | | | Part Sale | 6/13 | J | B | |
| 843. -- SCHWAB CHARLES CORP | | | | | Part Sale | 9/24 | J | B | |
| 844. -- SCHWAB CHARLES CORP | | | | | Part Sale | 11/23 | J | B | |
| 845. -- REGAL BELOIT CORP | | | | | Sold | 1/26 | J | A | |
| 846. -- QUANTA SERVICES INC | | | | | Part Sale | 5/7 | J | A | |
| 847. -- QUANTA SERVICES INC | | | | | Part Sale | 5/31 | J | A | |
| 848. -- GRANT PRIDECO INC | | | | | Part Sale | 6/18 | J | | |
| 849. -- GRANT PRIDECO INC | | | | | Part Sale | 9/12 | J | A | |
| 850. -- GRANT PRIDECO | | | | | Sold | 10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -- FREEPORT-MCMORAN COPPER & GOLD | | | | | Sold | 3/19 | J | A | |
| 852. -- STAPLES INC | | | | | Part Sale | 8/24 | J | | |
| 853. -- INTERNATIONAL GAME TECHNOLOGY | | | | | Sold | 4/24 | J | A | |
| 854. -- MIRANT CORP NEW | | | | | Sold | 1/11 | J | A | |
| 855. -- FMC CORP NEW | | | | | Part Sale | 2/14 | J | | |
| 856. -- TEXAS INSTRUMENTS INC | | | | | Buy | 2/1 | J | | |
| 857. -- TEXAS INSTRUMENTS INC | | | | | Buy | 6/7 | J | | |
| 858. -- TEXAS INSTRUMENTS INC | | | | | Buy | 8/9 | J | | |
| 859. -- SHEIN HENRY INC | | | | | Buy | 1/9 | J | | |
| 860. -- SHEIN HENRY INC | | | | | Buy | 1/26 | J | | |
| 861. -- BEA SYSTEMS INC | | | | | Sold | 10/15 | J | B | |
| 862. -- BANK OF HAWAII CORP | | | | | | | | | |
| 863. -- BIOMET INC | | | | | Sold | 6/6 | J | C | |
| 864. -- ANHEUSER BUSCH | | | | | | | | | |
| 865. -- ADVANCE AUTO PARTS | | | | | | | | | |
| 866. -- DPL INC | | | | | Buy | 10/16 | J | | |
| 867. -- SHAW GROUP INC | | | | | Part Sale | 6/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -- SHAW GROUP INC | | | | | Part Sale | 8/1 | J | A | |
| 869. -- SHAW GROUP INC | | | | | Part Sale | 11/13 | J | A | |
| 870. -- RF MICRO DEVICES | | | | | Buy | 1/9 | J | | |
| 871. -- RF MICRO DEVICES | | | | | Part Sale | 6/18 | J | | |
| 872. -- ATHEROS COMMUNICATION | | | | | Buy | 1/8 | J | | |
| 873. -- PRUDENTIAL FINANCIAL | | | | | | | | | |
| 874. -- HEWLETT PACKARD | | | | | Buy | 5/1 | J | | |
| 875. -- CORNING INC | | | | | Buy | 5/9 | J | | |
| 876. -- CORNING INC | | | | | Buy | 8/9 | J | | |
| 877. -- EOG RESOURCES | | | | | | | | | |
| 878. -- ARCH CAPITAL GROUP | | | | | Part Sale | 9/21 | J | | |
| 879. -- ARCH CAPITAL GROUP | | | | | Part Sale | 10/5 | J | | |
| 880. -- ARCH CAPITAL GROUP | | | | | Sold | 11/21 | J | | |
| 881. -- HUDSON CITY BANCORP | | | | | Buy | 1/10 | J | | |
| 882. -- NEKTAR THERAPEUTICS | | | | | Buy | 1/9 | J | | |
| 883. -- NEKTAR THERAPEUTICS | | | | | Buy | 4/12 | J | | |
| 884. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 5/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -- NEKTAR THERAPEUTICS | | | | | Part Sale | 8/10 | J | | |
| 886. -- NEKTAR THERAPEUTICS | | | | | Sold | 8/29 | J | | |
| 887. -- ARCH COAL INC | | | | | Buy | 1/19 | J | | |
| 888. -- ARCH COAL INC | | | | | Buy | 1/25 | J | | |
| 889. -- ARCH COAL INC | | | | | Part Sale | 6/7 | J | | |
| 890. -- ARCH COAL INC | | | | | Part Sale | 11/7 | J | | |
| 891. -- GLOBAL PAYMENTS INC | | | | | Buy | 1/9 | J | | |
| 892. -- GLOBAL PAYMENTS INC | | | | | Buy | 1/11 | J | | |
| 893. -- GLOBAL PAYMENTS INC | | | | | Part Sale | 6/18 | J | | |
| 894. -- GLOBAL PAYMENTS INC | | | | | Buy | 10/29 | J | | |
| 895. -- DONNELLEY RR & SONS | | | | | Buy | 1/16 | J | | |
| 896. -- DONNELLEY RR & SONS | | | | | Buy | 2/7 | J | | |
| 897. -- DONNELLEY RR & SONS | | | | | Buy | 3/12 | J | | |
| 898. -- MARTIN MARIETTA MATLS | | | | | Buy | 1/22 | J | | |
| 899. -- MARTIN MARIETTA MATLS | | | | | Part Sale | 7/5 | J | A | |
| 900. -- MARTIN MARIETTA MATLS | | | | | Part Sale | 7/17 | J | A | |
| 901. -- MARTIN MARIETTA MATLS | | | | | Sold | 8/1 | J | A | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902.  -- BED BATH & BEYOND | | | | | Buy | 1/24 | J | | |
| 903.  -- BED BATH & BEYOND | | | | | Buy | 4/9 | J | | |
| 904.  -- BED BATH & BEYOND | | | | | Sold | 12/19 | J | | |
| 905.  -- CARDINAL HEALTH | | | | | Buy | 1/25 | J | | |
| 906.  -- CARDINAL HEALTH | | | | | Buy | 5/9 | J | | |
| 907.  -- CARDINAL HEALTH | | | | | Buy | 10/12 | J | | |
| 908.  -- CARDINAL HEALTH | | | | | Sold | 11/23 | J | | |
| 909.  -- BRUNSWICK CORP | | | | | Buy | 1/30 | J | | |
| 910.  -- BRUNSWICK CORP | | | | | Buy | 3/14 | J | | |
| 911.  -- BRUNSWICK CORP | | | | | Sold | 12/20 | J | | |
| 912.  -- HARMAN INTERNATIONAL | | | | | Buy | 2/16 | J | | |
| 913.  -- HARMAN INTERNATIONAL | | | | | Buy | 3/13 | J | | |
| 914.  -- HARMAN INTERNATIONAL | | | | | Sold | 8/22 | J | A | |
| 915.  -- VCA ANTECH INC | | | | | Buy | 2/21 | J | | |
| 916.  -- VCA ANTECH INC | | | | | Buy | 6/28 | J | | |
| 917.  -- FLOWSERVE CORP | | | | | Buy | 3/19 | J | | |
| 918.  -- RED HAT INC | | | | | Buy | 3/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -- RED HAT INC | | | | | Buy | 10/22 | J | | |
| 920. -- IMS HEALTH INC | | | | | Buy | 4/3 | J | | |
| 921. -- IMS HEALTH INC | | | | | Buy | 6/27 | J | | |
| 922. -- IMS HEALTH INC | | | | | Sold | 10/19 | J | | |
| 923. -- DRESSER-RAND GROUP | | | | | Buy | 4/17 | J | | |
| 924. -- DRESSER-RAND GROUP | | | | | Buy | 8/21 | J | | |
| 925. -- DRESSER-RAND GROUP | | | | | Buy | 10/26 | J | | |
| 926. -- TRIDENT MICROSYSTEMS | | | | | Buy | 4/27 | J | | |
| 927. -- TRIDENT MICROSYSTEMS | | | | | Buy | 5/7 | J | | |
| 928. -- TRIDENT MICROSYSTEMS | | | | | Buy | 7/5 | J | | |
| 929. -- TRIDENT MICROSYSTEMS | | | | | Sold | 10/26 | J | | |
| 930. -- CAMERON INTL | | | | | Buy | 5/11 | J | | |
| 931. -- UTI WORLDWIDE | | | | | Buy | 5/31 | J | | |
| 932. -- UTI WORLDWIDE | | | | | Buy | 6/18 | J | | |
| 933. -- UTI WORLDWIDE | | | | | Buy | 6/27 | J | | |
| 934. -- UTI WORLDWIDE | | | | | Buy | 9/24 | J | | |
| 935. -- PFIZER INC | | | | | Buy | 6/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -- PFIZER INC | | | | | Buy | 7/5 | J | | |
| 937. -- PFIZER INC | | | | | Buy | 11/7 | J | | |
| 938. -- MCDERMOTT INTL | | | | | Buy | 6/20 | J | | |
| 939. -- MCDERMOTT INTL | | | | | Buy | 7/12 | J | | |
| 940. -- MCDERMOTT INTL | | | | | Buy | 8/9 | J | | |
| 941. -- SOUTHWEST AIRLINES | | | | | Buy | 7/20 | J | | |
| 942. -- SOUTHWEST AIRLINES | | | | | Buy | 8/9 | J | | |
| 943. -- SOUTHWEST AIRLINES | | | | | Buy | 9/18 | J | | |
| 944. -- CYTEC INDUSTRIES | | | | | Buy | 7/24 | J | | |
| 945. -- CYTEC INDUSTRIES | | | | | Buy | 10/25 | J | | |
| 946. -- MERCK & CO | | | | | Buy | 8/7 | J | | |
| 947. -- IMMUCOR INC | | | | | Buy | 9/5 | J | | |
| 948. -- IMMUCOR INC | | | | | Buy | 9/12 | J | | |
| 949. -- APPLERA CORP | | | | | Buy | 9/25 | J | | |
| 950. -- CHARLES RIV LABS INTL | | | | | Buy | 10/1 | J | | |
| 951. -- CHARLES RIV LABS INTL | | | | | Buy | 10/15 | J | | |
| 952. -- MATTEL INC | | | | | Buy | 10/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -- MATTEL INC | | | | | Buy | 10/17 | J | | |
| 954. -- CARPENTER TECH | | | | | Buy | 10/11 | J | | |
| 955. -- CARPENTER TECH | | | | | Buy | 10/26 | J | | |
| 956. -- WHITING PETROLEUM | | | | | Buy | 11/7 | J | | |
| 957. -- WHITING PETROLEUM | | | | | Buy | 12/21 | J | | |
| 958. -- UCBH HLDGS | | | | | Buy | 11/15 | J | | |
| 959. -- UCBH HLDGS | | | | | Buy | 11/29 | J | | |
| 960. -- FORM FACTOR | | | | | Buy | 11/20 | J | | |
| 961. -- FORM FACTOR | | | | | Sold | 12/19 | J | | |
| 962. -- RESEARCH IN MOTION | | | | | Buy | 11/29 | J | | |
| 963. -- WISCONSIN ENERGY | | | | | Buy | 11/29 | J | | |
| 964. -- WISCONSIN ENERGY | | | | | Buy | 12/20 | J | | |
| 965. -- HOSPIRA INC | | | | | Buy | 12/12 | J | | |
| 966. | | | | | | | | | |
| 967. BONDS/MUTUAL FUNDS | | | | | | | | | |
| 968. -- RICHMOND VA 1/15/07 | | | | | Mature | 1/15 | L | A | |
| 969. -- VA ST PUB BLDG AUTH 8/1/14 5.0% | | | | | Sold | 7/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -- NEWPORT NEWS VA 5% 7/15/15 | | | | | | | | | |
| 971. -- OLD WESTBURY FDS INC | | | | | | | | | s/b "Intl" on 06 report |
| 972. -- OLD WESTBURY FDS INTL | | | | | Buy | 5/23 | K | | |
| 973. -- ISHARES TRUST S&P 100 INDEX FUND | | | | | Sold | 2/2 | J | A | |
| 974. -- ISHARES TRUST RUSSELL 1000 INDEX | | | | | Sold | 2/1 | J | A | |
| 975. -- FFX CNTY VA 5.5% 12/1/07 | | | | | Sold | 10/19 | M | | |
| 976. -- VA BEACH VA 5% 5/1/07 | | | | | Mature | 5/1 | L | | |
| 977. -- SPOTSYLVANIA CO VA 5% 2/1/16 | | | | | | | | | |
| 978. -- LOUDOUN CNTY VA 5% 7/1/16 | | | | | Sold | 8/2 | M | | |
| 979. -- RICHMOND VA PUB IMPT 5% 7/15/17 | | | | | | | | | |
| 980. -- DANVILLE VA 4% 3/1/08 | | | | | Buy | 3/13 | M | | |
| 981. -- DANVILLE VA 4% 3/1/08 | | | | | Sold | 10/19 | M | | |
| 982. -- ARLINGTON VA 5% 3/15/13 | | | | | Buy | 6/6 | M | | |
| 983. -- VA COLL BLDG 5% 9/1/15 | | | | | Buy | 5/21 | M | | |
| 984. -- HENRICO CNTY VA 5% 12/1/16 | | | | | Buy | 8/2 | M | | |
| 985. -- VA BEACH 5% 9/15/14 | | | | | Buy | 8/2 | M | | |
| 986. -- SPDR TR UNIT SER 1 | | | | | Buy | 8/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987.  -- OLD WESTBURY REAL RETURN | | | | | Buy | 10/16 | J | | |
| 988.  -- MIDCAP SPDR TR | | | | | Buy | 10/24 | J | | |
| 989. | | | | | | | | | |
| 990. | | | | | | | | | |
| 991. | | | | | | | | | |
| 992. | | | | | | | | | |
| 993. | | | | | | | | | |
| 994. | | | | | | | | | |
| 995. | | | | | | | | | |
| 996. | | | | | | | | | |
| 997. | | | | | | | | | |
| 998. | | | | | | | | | |
| 999. | | | | | | | | | |
| 1000. | | | | | | | | | |
| 1001. | | | | | | | | | |
| 1002. | | | | | | | | | |
| 1003. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. TRUST #7 AGGREGATE SEE NOTE PART VIII | | None | O | T | | | | | |
| 1005. COMMON STOCKS | | | | | | | | | |
| 1006. -- REGIONS FINANCIAL CORP | | | | | Part Sale | 3/9 | M | G | |
| 1007. -- DOW CHEMICAL | | | | | | | | | |
| 1008. -- UNILEVER NEW YORK SHS NEW | | | | | | | | | |
| 1009. -- INGERSOLL RAND | | | | | Part Sale | 6/18 | K | D | |
| 1010. -- 3M CO | | | | | | | | | |
| 1011. -- INTEL | | | | | | | | | |
| 1012. -- NESTLE | | | | | | | | | |
| 1013. -- RPM INC. OHIO | | | | | | | | | |
| 1014. -- EMERSON ELECTRIC | | | | | | | | | |
| 1015. -- UNITED PARCEL SVC | | | | | | | | | |
| 1016. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 1017. -- SCHLUMBERGER LTD | | | | | | | | | |
| 1018. -- AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 1019. -- BROADRIDGE FINANCIAL | | | | | Spinoff | 4/2 | | | From ADP |
| 1020. -- BROADRIDGE FINANCIAL | | | | | Sold | 6/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -- MICROSOFT CORP | | | | | | | | | |
| 1022. -- WALT DISNEY CO | | | | | | | | | |
| 1023. -- CITADEL BROADCASTING | | | | | Spinoff | 6/13 | | | From Walt Disney |
| 1024. -- CITADEL BROADCASTING | | | | | Sold | 12/6 | J | | |
| 1025. -- GENERAL MILLS | | | | | Part Sale | 6/18 | K | B | |
| 1026. -- NIKE INC | | | | | | | | | |
| 1027. -- CISCO SYSTEMS | | | | | | | | | |
| 1028. -- SPRINT NEXTEL CORP | | | | | Sold | 12/3 | K | | |
| 1029. -- BOSTON SCIENTIFIC CORP | | | | | Sold | 12/3 | K | | |
| 1030. -- GENZYME CORP | | | | | | | | | |
| 1031. -- HOME DEPOT | | | | | Sold | 12/3 | K | | |
| 1032. -- ORACLE | | | | | Buy | 12/3 | K | | |
| 1033. | | | | | | | | | |
| 1034. MUNICIPAL BONDS | | | | | | | | | |
| 1035. -- GADSDEN, ALA 6.9% 7/1/07 | | | | | Mature | 7/1 | J | | |
| 1036. -- MOBILE ALA 10.875% 11/1/07 | | | | | Mature | 11/1 | K | | |
| 1037. -- BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -- HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 1039. -- STOUGHTON WISC AREA SCHOOL 4.625% 4/1/13 | | | | | | | | | |
| 1040. -- HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 1041. -- MD ST HEALTH & HIGHER 6.0% 7/1/39 | | | | | | | | | s/b 7/1/09 on 06 report |
| 1042. -- MD ST HEALTH & HIGHER 6.0% 7/1/09 | | | | | | | | | |
| 1043. -- BALTIMORE CNTY MD 4.75% 7/1/15 | | | | | | | | | |
| 1044. -- MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | | | | | |
| 1045. -- FEDERAL HOME LOAN BANK 4.125% 4/12/07 | | | | | Mature | 4/12 | M | B | |
| 1046. | | | | | | | | | |
| 1047. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 1048. -- MERCANTILE GOVT MM | | | | | Name Change | | | | To PNC Govt Fund |
| 1049. -- PNC GOVT FUND | | | | | | | | | |
| 1050. -- MERCANTILE DIVERSIFIED REAL ESTATE FND CL I | | | | | Name Change | | | | to PNC Diversified RE |
| 1051. -- PNC DIVERSIFIED REAL ESTATE | | | | | | | | | |
| 1052. -- VANGUARD TOTAL INTL STOCK INDEX FND | | | | | | | | | |
| 1053. -- VANGUARD INDEX TR SMALL CAP STOCK FND | | | | | | | | | |
| 1054. -- ISHARES TRUST S&P MID-CAP 400 INDEX | | | | | Buy | 3/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -- ISHARES TRUST S&P MID-CAP 400 INDEX | | | | | Buy | 6/18 | M | | |
| 1056. -- ISHARES TRUST MSCI EAFE INDEX | | | | | Buy | 3/9 | L | | |
| 1057. -- US T NTS 4.875% 4/30/08 | | | | | Buy | 4/25 | M | | |
| 1058. -- US T NTS 4.875% 4/30/08 | | | | | Part Sale | 10/12 | L | | |
| 1059. | | | | | | | | | |
| 1060. | | | | | | | | | |
| 1061. | | | | | | | | | |
| 1062. | | | | | | | | | |
| 1063. | | | | | | | | | |
| 1064. | | | | | | | | | |
| 1065. | | | | | | | | | |
| 1066. | | | | | | | | | |
| 1067. | | | | | | | | | |
| 1068. | | | | | | | | | |
| 1069. | | | | | | | | | |
| 1070. | | | | | | | | | |
| 1071. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. TRUSTS #8-11 AGGREGATE SEE NOTE PART VIII | E | Int./Div. | J | T | | | | | |
| 1073. -- SEI DAILY INCOME TRUST FUND | | | | | | | | | |
| 1074. -- FED FARM CR BK 4.5% 9/1/10 | | | | | | | | | |
| 1075. -- FED HOME LN BK 3.2% 3/3/08 | | | | | | | | | |
| 1076. -- FED FARM CR BK 3.65% 6/2/08 | | | | | Part Sale | 12/26 | J | | |
| 1077. -- FED HOME LN BK 5.125% 2/7/13 | | | | | | | | | |
| 1078. -- FED HOME LN BK 4.29% 12/23/09 | | | | | | | | | |
| 1079. -- FED HOME LN BK 4.65% 4/21/08 | | | | | Call | 11/7 | J | | |
| 1080. -- FED HOME LN BK 4% 9/29/08 | | | | | | | | | |
| 1081. -- FED HOME LN BK 5.25% 10/23/09 | | | | | | | | | |
| 1082. -- FED HOME LN BK 4.625% 7/18/07 | | | | | Mature | 7/18 | L | | |
| 1083. -- FHLB 5.2% 5/14/12 | | | | | Buy | 5/15 | L | | |
| 1084. -- FHLB 5.2% 5/21/12 | | | | | Buy | 8/7 | K | | |
| 1085. -- FHLB 5.2% 10/9/12 | | | | | Buy | 10/17 | K | | |
| 1086. | | | | | | | | | |
| 1087. COMMON STOCKS | | | | | | | | | |
| 1088. -- IDEXX CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -- KIMCO REALTY CORP | | | | | Part Sale | 6/18 | J | B | |
| 1090. -- KIMCO REALTY CORP | | | | | Part Sale | 7/23 | J | B | |
| 1091. -- WRIGLEY WM JR CO | | | | | Sold | 2/21 | K | | |
| 1092. -- MCCORMICK & CO | | | | | Part Sale | 10/30 | J | A | |
| 1093. -- VALSPAR CORP | | | | | Sold | 10/18 | K | C | |
| 1094. -- AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 1095. -- BROADRIDGE FINANCIAL | | | | | Spinoff | 4/2 | | | From ADP |
| 1096. -- BROADRIDGE FINANCIAL | | | | | Part Sale | 4/24 | J | | |
| 1097. -- BROADRIDGE FINANCIAL | | | | | Sold | 6/14 | J | | |
| 1098. -- VORNADO RLTY TR | | | | | Part Sale | 7/23 | J | D | |
| 1099. -- EXPEDITORS INTL WASH INC | | | | | Part Sale | 6/25 | J | B | |
| 1100. -- FAIR ISAAC & CO | | | | | Sold | 4/10 | K | D | |
| 1101. -- LOWES COS INC | | | | | Part Sale | 10/30 | J | B | |
| 1102. -- MICROCHIP TECHNOLOGY INC | | | | | Sold | 9/27 | J | C | |
| 1103. -- OMNICOM GROUP INC | | | | | Part Sale | 11/2 | J | B | |
| 1104. -- WALGREEN CO | | | | | Sold | 10/9 | J | B | |
| 1105. -- 3M CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -- AUTOZONE INC | | | | | Sold | 9/12 | K | D | |
| 1107. -- EMERSON ELEC CO | | | | | | | | | |
| 1108. -- BP PLC SPSD ADR | | | | | Sold | 3/14 | J | C | |
| 1109. -- FISERV INC | | | | | | | | | |
| 1110. -- ZIMMER HOLDINGS INC COM | | | | | | | | | |
| 1111. -- GRACO INC | | | | | Sold | 5/9 | K | C | |
| 1112. -- MARSHALL & ILSLEY CORP | | | | | Sold | 7/24 | K | B | |
| 1113. -- STRYKER CORP | | | | | Buy | 1/10 | K | | |
| 1114. -- WHOLE FOODS MKT | | | | | Sold | 2/21 | J | B | |
| 1115. -- BECTON DICKENSON & CO | | | | | | | | | |
| 1116. -- CLARCOR INC | | | | | | | | | |
| 1117. -- C H ROBINSON WORLDWIDE INC | | | | | | | | | |
| 1118. -- AFLAC INC | | | | | | | | | |
| 1119. -- ADOBE SYSTEMS INC | | | | | | | | | |
| 1120. -- STERICYCLE INC | | | | | Part Sale | 4/30 | J | C | |
| 1121. -- STERICYCLE INC | | | | | Part Sale | 11/9 | J | C | |
| 1122. -- APACHE CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. -- CANON INC | | | | | | | | | |
| 1124. -- MCGRAW HILL COS | | | | | Sold | 10/18 | J | | |
| 1125. -- PROCTER & GAMBLE | | | | | | | | | |
| 1126. -- QUALCOMM INC | | | | | Sold | 8/17 | J | | |
| 1127. -- GARMIN LTD | | | | | Part Sale | 8/17 | J | D | |
| 1128. -- AMGEN INC | | | | | Sold | 4/10 | J | | |
| 1129. -- DANAHER CORP | | | | | | | | | |
| 1130. -- SLM CORP | | | | | Sold | 2/14 | J | | |
| 1131. -- STARBUCKS | | | | | Part Sale | 2/7 | J | | |
| 1132. -- STARBUCKS | | | | | Sold | 5/17 | J | | |
| 1133. -- DENTSPLY INTL INC | | | | | | | | | |
| 1134. -- STAPLES INC | | | | | Sold | 10/18 | J | | |
| 1135. -- AMETEK INC NEW | | | | | | | | | |
| 1136. -- TORO CO | | | | | | | | | |
| 1137. -- GILEAD SCIENCES | | | | | Buy | 2/21 | J | | |
| 1138. -- CHURCH & DWIGHT | | | | | Buy | 3/20 | K | | |
| 1139. -- JACOBS ENGR GROUP | | | | | Buy | 4/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -- JACOBS ENGR GROUP | | | | | Part Sale | 11/9 | J | C | |
| 1141. -- AMBAC FINANCIAL GRP | | | | | Buy | 5/4 | K | | |
| 1142. -- AMBAC FINANCIAL GRP | | | | | Sold | 7/24 | K | | |
| 1143. -- CANADIAN NATIONAL RAILWAY | | | | | Buy | 5/4 | K | | |
| 1144. -- TEVA PHARMACEUTICALS | | | | | Buy | 5/4 | K | | |
| 1145. -- GOLDMAN SACHS | | | | | Buy | 5/14 | K | | |
| 1146. -- GOLDMAN SACHS | | | | | Part Sale | 7/27 | J | | |
| 1147. -- GOLDMAN SACHS | | | | | Sold | 8/6 | J | | |
| 1148. -- CATERPILLAR INC | | | | | Buy | 5/23 | K | | |
| 1149. -- QUEST DIAGNOSTICS | | | | | Buy | 7/11 | J | | |
| 1150. -- AMPHENOL CORP | | | | | Buy | 9/6 | K | | |
| 1151. -- CITRIX SYSTEMS | | | | | Buy | 9/6 | K | | |
| 1152. -- ROPER INDS | | | | | Buy | 9/6 | K | | |
| 1153. -- SIGMA ALDRICH CORP | | | | | Buy | 9/6 | K | | |
| 1154. -- CAMERON INTL CORP | | | | | Buy | 9/28 | K | | |
| 1155. -- EATON VANCE CORP | | | | | Buy | 9/28 | K | | |
| 1156. -- UNITED TECHNOLOGIES | | | | | Buy | 10/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns CI and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -- METTLER-TOLEDO INTL | | | | | Buy | 11/6 | K | | |
| 1158. | | | | | | | | | |
| 1159. -- REAL ESTATE, ▓▓▓▓▓ | | | | | | | | | |
| 1160. | | | | | | | | | |
| 1161. | | | | | | | | | |
| 1162. | | | | | | | | | |
| 1163. | | | | | | | | | |
| 1164. | | | | | | | | | |
| 1165. | | | | | | | | | |
| 1166. | | | | | | | | | |
| 1167. | | | | | | | | | |
| 1168. | | | | | | | | | |
| 1169. | | | | | | | | | |
| 1170. | | | | | | | | | |
| 1171. | | | | | | | | | |
| 1172. | | | | | | | | | |
| 1173. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. TRUST #12  AGGREGATE SEE NOTE PART VIII | C | Int./Div. | J | T | | | | | |
| 1175. COMMON STOCKS/MUTUAL FUNDS | | | | | | | | | |
| 1176. -- BP AMOCO | | | | | Sold | 3/14 | J | C | |
| 1177. -- AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 1178. -- BROADRIDGE FINANCIAL | | | | | Spinoff | 4/2 | | | From ADP |
| 1179. -- BROADRIDGE FINANCIAL | | | | | Part Sale | 4/24 | J | | |
| 1180. -- BROADRIDGE FINANCIAL | | | | | Sold | 6/14 | J | | |
| 1181. -- EXPEDITORS INTL WASH INC | | | | | Part Sale | 6/25 | J | B | |
| 1182. -- IDEXX CORP | | | | | | | | | |
| 1183. -- KIMCO REALTY CORP | | | | | Part Sale | 6/18 | J | B | |
| 1184. -- KIMCO REALTY CORP | | | | | Part Sale | 7/23 | J | A | |
| 1185. -- MCCORMICK & CO | | | | | Part Sale | 10/30 | J | A | |
| 1186. -- VALSPAR CORP | | | | | Part Sale | 9/12 | J | A | |
| 1187. -- VALSPAR CORP | | | | | Sold | 10/18 | J | A | |
| 1188. -- VORNADO RLTY TRST | | | | | Sold | 7/23 | J | C | |
| 1189. -- WRIGLEY WM JR CO | | | | | Sold | 2/21 | J | | |
| 1190. -- EMERSON ELEC CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -- 3M CO | | | | | | | | | |
| 1192. -- ZIMMER HOLDINGS INC | | | | | | | | | |
| 1193. -- BECTON DICKINSON & CO | | | | | | | | | |
| 1194. -- GRACO INC | | | | | Sold | 5/9 | J | A | |
| 1195. -- MARSHALL & ILSLEY CORP | | | | | Sold | 7/24 | J | A | |
| 1196. -- STRYKER CORP | | | | | Buy | 1/10 | J | | |
| 1197. -- WHOLE FOODS MKT | | | | | Sold | 2/21 | J | A | |
| 1198. -- CLARCOR INC | | | | | | | | | |
| 1199. -- C H ROBINSON WORLDWIDE INC | | | | | | | | | |
| 1200. -- AFLAC INC | | | | | | | | | |
| 1201. -- ADOBE SYSTEMS INC | | | | | | | | | |
| 1202. -- STERICYCLE INC | | | | | Part Sale | 4/30 | J | A | |
| 1203. -- STERICYCLE INC | | | | | Part Sale | 11/9 | J | A | |
| 1204. -- SEI DAILY INCOME TRUST FUND | | | | | | | | | |
| 1205. -- APACHE CORPORATION | | | | | | | | | |
| 1206. -- CANON INC | | | | | | | | | |
| 1207. -- MCGRAW HILL COS | | | | | Sold | 10/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. -- PROCTER & GAMBLE | | | | | | | | | |
| 1209. -- QUALCOMM INC | | | | | Sold | 2/7 | J | | |
| 1210. -- TORO CO | | | | | | | | | |
| 1211. -- FISERV INC | | | | | Part Sale | 9/12 | J | | |
| 1212. -- AMETEK INC | | | | | | | | | |
| 1213. -- GILEAD SCIENCES | | | | | Buy | 2/21 | J | | |
| 1214. -- CHURCH & DWIGHT | | | | | Buy | 3/20 | J | | |
| 1215. -- JACOBS ENGR GROUP | | | | | Buy | 4/5 | J | | |
| 1216. -- JACOBS ENGR GROUP | | | | | Part Sale | 11/9 | J | A | |
| 1217. -- TEVA PHARMACAEUTICALS | | | | | Buy | 5/4 | J | | |
| 1218. -- CATERPILLAR INC | | | | | Buy | 5/23 | J | | |
| 1219. -- QUEST DIAGNOSTICS | | | | | Buy | 7/11 | J | | |
| 1220. -- CAMERON INTL | | | | | Buy | 9/28 | J | | |
| 1221. -- EATON VANCE CORP | | | | | Buy | 9/28 | J | | |
| 1222. -- UNITED TECHNOLOGIES | | | | | Buy | 10/18 | J | | |
| 1223. -- METTLER-TOLEDO INTL | | | | | Buy | 11/6 | J | | |
| 1224. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -- FED FARM CR BK 3.65% 6/2/08 | | | | | | | | | |
| 1226. -- FED HOME LN BK 5.125% 2/7/13 | | | | | | | | | |
| 1227. -- FED HOME LN BK 3.785% 11/21/08 | | | | | | | | | |
| 1228. -- FHLB 5.2% 5/21/12 | | | | | Buy | 8/7 | J | | |
| 1229. | | | | | | | | | |
| 1230. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

RPTD

| | | ASSESS | % FMV | VALUE | % OWNED | VALUE |
|---|---|---|---|---|---|---|
| PART VII: | PAGE 6, LINE 49 | 24,100 | 50 | 48,200 | 50 | 24,100 |
| | PAGE 6, LINE 50 & | | | | | |
| | PAGE 14, LINE 183 | 33,000 | 50 | 66,600 | 50 | 33,300 |

SEE ATTACHMENTS FOR NOTES TO AGGREGATE TRUST VALUES

SEE ATTACHMENT FOR LOCATION OF TRUSTEES

ADDRESSES OF TRUSTEES:



C/O LOUIS F. OBERDORFER
U.S. COURTHOUSE, ROOM 2309
WASHINGTON, D.C. 20001

NOTE TO AGGREGATES:
FACTOR FROM FEDERAL REG. 20.2031-7 AND REV RUL 89-127 TO VALUE OF SECURITIES
UNDER METHOD T APPLIES TO ALL TRUSTS LISTED IN PART VII.

PAGE 8      TRUST #1
VALUATION BASED ON LIFETIME INCOME INTEREST IN TRUST OF PERSON
REPORTING

PAGE 15     TRUST #2
VALUATION BASED ON LIFETIME INCOME INTEREST OF ███ IN TRUST

PAGE 29     TRUST #3

PAGE 42      TRUST #4

PAGE 45      TRUST #5

PAGE 48      TRUST #6

PAGE 63      TRUST #7

THE INCOME OF EACH OF TRUSTS #3 THROUGH #7 WILL BE PAID TO ███ OR ACCUMULATED AS DETERMINED BY AN ADVISORY
COMMITTEE CONSISTING OF ███ IN ADDITION, ███ HAS LIMITED TESTAMENTARY POWER OF
APPOINTMENT OVER THE REMAINDER. ███ HAS NO OTHER INTEREST IN THESE TRUSTS.

LOUIS F. OBERDORFER IS CO-TRUSTEE FOR THE FOLLOWING TRUSTS OVER WHICH HE HAS INVESTMENT AUTHORITY, BUT NO
BENEFICIAL INTEREST. SINCE THE BENEFICIAL INTEREST IS NONEXISTENT, THE INDICATED VALUE IS J:

PAGE 67     ███ TRUSTS ███
TRUSTS #8 THROUGH #11

PAGE 73     TRUST U/A 6/24/94 FBO ███ AS OF MARCH 1996, UPON THE DEATH
███ TRUST IS ███ OF PERSON REPORTING. TRUST #12

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544